# In the United States Bankruptcy Court for the District of Columbia

In re:

**WALTER LEROY PEACOCK,**

    *Debtor.*

Bankruptcy No. 20-00154 SMT

Chapter 11

**NOTICE OF OPPORTUNITY TO OBJECT TO APPLICATION TO EMPLOY**

The Debtor has filed an Application to Employ The Weiss Law Group, LLC and Brett Weiss, Esquire, as Counsel for the Debtor. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Application, or if you want the Court to consider your views on the matter, then on or before April 2, 2020, you or your attorney must file with the Court a written objection to the Application, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy of your objection to Brett Weiss, Esquire, The Weiss Law Group, LLC, 6404 Ivy Lane, Suite 650, Greenbelt, Maryland 20770.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief. The Court may grant the Application without a hearing if the objection filed states inadequate grounds for denial of the Application. Parties in interest with questions may contact the undersigned.

Date: March 12, 2020

Respectfully Submitted,

THE WEISS LAW GROUP, LLC

By: _____/s/ Brett Weiss_____
    BRETT WEISS, #A404420
    6404 Ivy Lane, Suite 650
    Greenbelt, Maryland 20770
    (301) 924-4400
    brett@BankruptcyLawMaryland.com

# CERTIFICATE OF SERVICE

𝔍 𝔥𝔢𝔯𝔢𝔟𝔶 𝔠𝔢𝔯𝔱𝔦𝔣𝔶 that on the 12th day of March, 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the above pleading will be served electronically by the Court's CM/ECF system on the following:

Joseph A. Guzinski     Joseph.A.Guzinski@usdoj.gov
U. S. Trustee for Region Four     USTPRegion04.DC.ECF@USDOJ.GOV

𝔍 𝔥𝔢𝔯𝔢𝔟𝔶 𝔣𝔲𝔯𝔱𝔥𝔢𝔯 𝔠𝔢𝔯𝔱𝔦𝔣𝔶 that on the 12th day of March, 2020, a copy of the above pleading was also mailed first class mail, postage prepaid, to:

Bank of Missouri
906 N. Kingshighway Street
Perryville, MO 63775

Capital Bank N.A.
One Church Street
Rockville, MD 20850

DC Office of Tax and Revenue
1101 4th Street, SW, No. 270
Washington, DC 20024

DC Water & Sewer Authority
PO Box 97200
Washington, DC 20090

Deutsche Bank National Trust Company
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

First Premier Bank
PO Box 5524
Sioux Falls, SD 57117-5524

HSBC Bank USA, National Association
452 Fifth Avenue
New York, NY 10018

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Macy's
Bankruptcy Processing
P.O. Box 8053
Mason, OH 45040

Merrick Bank
PO Box 5721
Hicksville, NY 11802-5721

Mission Lane/TAB Bank
PO Box 31535
Tampa, FL 33621

Synchrony Bank/Amazon
PO Box 965013
Orlando, FL 32896

TD Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ 08034

Total Card Inc.
5109 S. Broadband Lane
Sioux Falls, SD 57108

Verizon
Bankruptcy Department
404 Brock Dr
Bloomington, IL 61701-2654

_____/s/ Brett Weiss_____

BRETT WEISS