## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DISTRICT OF COLUMBIA

In Re:   Walter Leroy Peacock                     Case No.   20-00154-SMT
                                                  Chapter 11

LINE OF APPEARANCE

Please enter the appearance of Richard Painter, Esq. and McCabe, Weisberg & Conway, LLC, as counsel for the secured creditor, Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2, and add our name to the Mailing Matrix to receive copies of all Motions, Orders, Plans, and Notices filed herein.

/s/ Richard Painter, Esq.
Richard Painter, Esq.
Attorney for Creditor
Bar No. 230908
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcyva@mwc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of March, 2020 I reviewed the Court's CM/ECF system and

it reports that an electronic copy of the foregoing pleading will be served electronically by the

Court's CM/ECF system on the following:

Brett Weiss
The Weiss Law Group, LLC
6404 Ivy Lane, Suite 650
Greenbelt, MD  20770
brett@BankruptcyLawMaryland.com

I hereby further certify that on the 16th day of March, 2020, a copy of the foregoing pleading

was also mailed first class mail, postage prepaid to:

Walter Leroy Peacock
2920 Pennsylvania Avenue, SE
Washington, D.C.  20020
(Via U.S Mail)

/s/ Richard Painter, Esq.
Richard Painter, Esq.