| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Walter Leroy Peacock <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–0745 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | United States Bankruptcy Court for the District of Columbia | Date case filed for chapter: | 11    3/12/20 |
| Case number: | 20–00154–SMT | | |

Official Form 309E1 (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case    02/20

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Walter Leroy Peacock | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2920 Pennsylvania Avenue, SE <br> Washington, DC 20020 | |
| 4. | **Debtor's attorney** <br> Name and address | Brett Weiss <br> The Weiss Law Group, LLC <br> 6404 Ivy Lane, Suite 650 <br> Greenbelt, MD 20770 | Contact phone  301–924–4400 <br><br> Email  brett@BankruptcyLawMaryland.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | E. Barrett Prettyman U. S. Courthouse <br> 333 Constitution Ave, NW #1225 <br> Washington, DC 20001 | Hours open: <br> 9:00 am – 4:00 pm Monday to Friday <br><br> Contact phone  (202) 354–3280 <br><br> Date: 4/15/20 |

**For more information, see page 2 >**

Debtor **Walter Leroy Peacock**            Case number **20–00154–SMT**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 29, 2020 at 01:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Telephone #: (877) 465–7076, Passcode: 7191296** |
| **7.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later. **Filing deadline for dischargeability complaints: 6/29/20** |
| | | **Deadline for filing proof of claim:** **For all creditors (except a governmental unit):** 8/7/20 **For a governmental unit:** 9/8/20 A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

# BANKRUPTCY INFORMATION SHEET

**BANKRUPTCY LAW IS A FEDERAL LAW. THIS SHEET PROVIDES YOU WITH GENERAL INFORMATION ABOUT WHAT HAPPENS IN A BANKRUPTCY CASE. THE INFORMATION HERE IS NOT COMPLETE. YOU MAY NEED LEGAL ADVICE.**

## WHEN YOU FILE BANKRUPTCY

You can choose the kind of bankruptcy that best meets your needs (provided you meet certain qualifications):
Chapter 7 – A trustee is appointed to take over your property. Any property of value will be sold or turned into money to pay your creditors. You may be able to keep some personal items and possibly real estate depending on the law of the State where you live and applicable federal laws.

Chapter 13 – You can usually keep your property, but you must earn wages or have some other source of regular income and you must agree to pay part of your income to your creditors. The court must approve your repayment plan and your budget. A trustee is appointed and will collect the payments from you, pay your creditors, and make sure you live up to the terms of your repayment plan.

Chapter 12 – Like chapter 13, but it is only for family farmers and family fishermen.

Chapter 11 – This is used mostly by businesses. In chapter 11, you may continue to operate your business, but your creditors and the court must approve a plan to repay your debts. There is no trustee unless the judge decides that one is necessary; if a trustee is appointed, the trustee takes control of your business and property.

If you have already filed bankruptcy under chapter 7, you may be able to change your case to another chapter.

Your bankruptcy may be reported on your credit record for as long as ten years. It can affect your ability to receive credit in the future.

## WHAT IS A BANKRUPTCY DISCHARGE AND HOW DOES IT OPERATE?

One of the reasons people file bankruptcy is to get a "discharge." A discharge is a court order which states that you do not have to pay most of your debts. Some debts cannot be discharged. For example, you cannot discharge debts for most
 – taxes;
 – child support;
 – alimony;
 – most student loans;
 – court fines and criminal restitution; and
 – personal injury caused by driving drunk or under the influence of drugs.

The discharge only applies to debts that arose before the date you filed. Also, if the judge finds that you received money or property by fraud, that debt may not be discharged.

It is important to list all your property and debts in your bankruptcy schedules. If you do not list a debt, for example, it is possible the debt will not be discharged. The judge can also deny your discharge if you do something dishonest in connection with your bankruptcy case, such as destroy or hide property, falsify records, or lie, or if you disobey a court order.

You can only receive a chapter 7 discharge once every eight years. Other rules may apply if you previously received a discharge in a chapter 13 case. No one can make you pay a debt that has been discharged, but you can voluntarily pay any debt you wish to pay. You do not have to sign a reaffirmation agreement (see below) or any other kind of document to do this.

Some creditors hold a secured claim (for example, the bank that holds the mortgage on your house or the loan company that has a lien on your car). You do not have to pay a secured claim if the debt is discharged, but the creditor can still take the property.

**WHAT IS A REAFFIRMATION AGREEMENT?**

Even if a debt can be discharged, you may have special reasons why you want to promise to pay it. For example, you may want to work out a plan with the bank to keep your car. To promise to pay that debt, you must sign and file a reaffirmation agreement with the court. Reaffirmation agreements are under special rules and are voluntary. They are not required by bankruptcy law or by any other law. Reaffirmation agreements–

- must be voluntary;
- must not place too heavy a burden on you or your family;
- must be in your best interest; and
- can be canceled any time before the court issues your discharge or within 60 days after the agreement is filed with the court, whichever gives you the most time.

If you are an individual and you are not represented by an attorney, the court must hold a hearing to decide whether to approve the reaffirmation agreement. The agreement will not be legally binding until the court approves it.

If you reaffirm a debt and then fail to pay it, you owe the debt the same as though there was no bankruptcy. The debt will not be discharged, and the creditor can take action to recover any property on which it has a lien or mortgage. The creditor can also take legal action to recover a judgment against you.

**IF YOU WANT MORE INFORMATION OR HAVE ANY QUESTIONS ABOUT HOW THE BANKRUPTCY LAWS AFFECT YOU, YOU MAY NEED LEGAL ADVICE. THE TRUSTEE IN YOUR CASE IS NOT RESPONSIBLE FOR GIVING YOU LEGAL ADVICE.**

*Text Revised 10/05*

### NOTICE FROM THE OFFICE OF THE UNITED STATES TRUSTEE

### INSTRUCTIONS AND INFORMATION FOR PARTICIPATION IN TELEPHONIC SECTION 341 MEETINGS IN THE DISTRICT OF COLUMBIA

Because of developing issues with the COVID−19 virus and the national declaration of emergency by the President of the United States, all §341 Meetings of Creditors ("Meetings") will be conducted remotely. The information to participate in §341 Meeting of Creditors ("Meeting") is set forth below. All parties are encouraged to contact the case trustee or check the docket for up−to−date information.

Some trustees use Zoom Meetings with telephonic participation as an option for such Zoom meetings. Other trustees use strictly telephonic meetings. Instructions for both types of meetings are provided below.

**The guiding principle to this procedure is to avoid in−person contact, both during the Meetings and in preparation for the Meetings, even if that means that Meetings cannot be concluded because certain documents have to be provided at a later time.**

#### Zoom Instructions for Trustees Using Zoom Meetings:
   − By Video: Five minutes before the scheduled time, go to: zoom.us/join and enter the Zoom ID and password listed below next to the presiding trustee. Wait in the waiting room until you are brought into the conference. Mute your mic until your case is called.
   − By Telephone: Five minutes before the scheduled time, dial 301−715−8592 and enter the Meeting ID and password listed below next to the presiding trustee. Place your phone on mute until your case is called.

#### Telephonic Instructions for Trustees Using Telephonic Meetings:
   − Five minutes before the scheduled time, dial the call−in number and enter the passcode listed below next to the presiding trustee. Place your phone on mute until your case is called.

#### Conference Guidelines:
1. Attend from a quiet area where there is as little background noise as possible.
2. As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute and identify yourself.
3. Please do not speak while the trustee is talking.
4. If any party is attending the Meeting from the same location as another party, which is discouraged, except for persons who live in the same household, use separate devices to participate.
5. Once the Meeting is finished, hang up or disconnect.
6. If you become disconnected before your Meeting is finished, call back.
7. If you are participating by phone: a. When speaking during your case, identify yourself. b. You must use a touch−tone phone to participate. A landline is preferred, do not use a speakerphone. c. Do not put the phone on hold at any time after the call is connected.
8. No Recording: The Meetings will be recorded by the trustee or United States Trustee. Any other recordings are prohibited by law.

**Bankruptcy Documents:** Subject to the guiding principle of avoiding in−person contact, Debtors should be prepared and have in front of them copies of documents on which they can reasonably expect to be examined (petition, schedules, statement of financial affairs, tax returns, etc.) or any documents the trustee has indicated in advance that debtors should have available for questioning. Documents should be provided to the trustee according to normal requirements when possible.

**Debtor Identification:** Debtors should provide copies of their photo identification and proof of Social Security number to the presiding trustee at least 5 days prior to the Meeting. Copies may be provided through debtor's counsel or directly to the presiding trustee if unrepresented. If such proof has not been provided, the 341 meeting will be held as scheduled, but will not be concluded until the trustee has received proof of identification. You will receive more specific instructions prior to your Meeting. Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the Meeting.

| Chapter | Trustee | Type of Meeting | Meeting Contact |
|---|---|---|---|
| 13 | Becky Herr | Zoom | Meeting ID: 928−206−6146<br>Password:132613 |
| 7 | Marc Albert | Telephonic | Call: (888)554−9525<br>Passcode: 6959510 |
| 7 | Bryan Ross | Telephonic | Call: (866)713−7975<br>Passcode: 9796715 |
| 7 | Wendell Webster | Telephonic | Call: (877)953−6436<br>Passcode: 1723597 |
| 7 | William White | Telephonic | Call: (877)952−6167<br>Passcode:7604886 |
| 11 | U.S. Trustee | Telephonic | Call: (877)465−7076<br>Passcode: 7191296 |

```
                          United States Bankruptcy Court
                              District of Columbia

In re:                                                        Case No. 20-00154-SMT
Walter Leroy Peacock                                          Chapter 11
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0090-1          User: admin              Page 1 of 2            Date Rcvd: Apr 15, 2020
                              Form ID: 309E1           Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
dbpos          +Walter Leroy Peacock,   2920 Pennsylvania Avenue, SE,   Washington, DC 20020-3837
aty            +Joseph A. Guzinski,   DOJ-Ust,   1725 Duke St.,   Suite 650,   Alexandria, VA 22314-3489
smg             Child Support Services Division,   Office of the Attorney General,
                 Judiciary Square 441 4th Street, NW,   5th Floor,   Washington, DC  20001
smg            +District Unemployment Compensation Board,   4058 Minnesota Ave., NE,   4th Floor,
                 Washington, DC 20019-3540
smg            +Office of Attorney General,   Tax, Bankruptcy, and Finance,   One Judiciary Square,
                 441 4th Street, NW,   6th Floor,   Washington, DC 20001-2714
smg             Secretary of the Treasury,   15th and Pennsylvania Aveneu, NW,   Washington, DC  20220-0001
smg             U.S. Attorney's Office,   Civil Division - Judiciary Ct. Building,   555 4th St., N.W.,
                 4th Floor,   Washington, DC  20001-2733
ust            +U. S. Trustee for Region Four,   U. S. Trustee's Office,   1725 Duke Street,   Suite 650,
                 Alexandria, VA 22314-3489
742908         +BWW Law Group, LLC,   6003 Executive Blvd., Suite 101,   Rockville, MD 20852-3813
742910         +CW Nexus Credit Card Holdings Trust,   2700 S. Lorraine Place,   Sioux Falls, SD 57106-3657
742909         +Capital Bank N.A.,   One Church Street,   Rockville, MD 20850-4190
742912         +DC Water & Sewer Authority,   PO Box 97200,   Washington, DC 20090-7200
742913         +Deutsche Bank National Trust Company,   1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
742905         +Equifax Information Services, LLC,   PO Box 740256,   Atlanta, GA 30374-0256
742917         +McCabe, Weisberg & Conway LLC,   312 Marshall Ave Suite 800,   Laurel, MD 20707-4808
742924         +Walter Buzzetta, Esq.,   Stradey Ronon Stevens & Young, LLP,   2000 K Street, Suite 700,
                 Washington, DC 20006-1866

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: brett@BankruptcyLawMaryland.com Apr 16 2020 01:35:58     Brett Weiss,
                 The Weiss Law Group, LLC,   6404 Ivy Lane, Suite 650,   Greenbelt, MD  20770
smg            +E-mail/Text: angela.coleman@dc.gov Apr 16 2020 01:36:08     D.C. Office of Tax and Revenue,
                 Bankruptcy Division,   1101 4th Street SW,   Washington, DC 20024-4457
smg             EDI: IRS.COM Apr 16 2020 05:43:00      Internal Revenue Service,   P.O. Box 7346,
                 Philadelphia, PA  19101-7346
smg             E-mail/Text: atlreorg@sec.gov Apr 16 2020 01:36:10     Securities and Exchange Commission,
                 Atlanta Regional Office,   Office of Reorganization,   950 East Paces Ferry Road NE, Ste. 900,
                 Atlanta, GA  30326-1382
742907         +E-mail/Text: jcissell@bankofmissouri.com Apr 16 2020 01:36:06     Bank of Missouri,
                 906 N. Kingshighway Street,   Perryville, MO 63775-1204
743224          E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 16 2020 01:50:20
                 CW Nexus Credit Card Holdings l, LLC,   Resurgent Capital Services,   PO Box 10368,
                 Greenville, SC 29603-0368
742906         +E-mail/Text: bankruptcy.notifications@fisglobal.com Apr 16 2020 01:36:14     Chex System, Inc.,
                 Attn: Consumer Relations,   7805 Hudson Road, Suite 100,   Saint Paul, MN 55125-1595
742911         +E-mail/Text: angela.coleman@dc.gov Apr 16 2020 01:36:08     DC Office of Tax and Revenue,
                 1101 4th Street, SW, No. 270,   Washington, DC 20024-4457
742904         +E-mail/Text: angela.coleman@dc.gov Apr 16 2020 01:36:08     District of Columbia,
                 Office of Tax and Revenue,   1101 4th Street, SW,   Washington, DC 20024-4457
742914          EDI: AMINFOFP.COM Apr 16 2020 05:43:00      First Premier Bank,   PO Box 5524,
                 Sioux Falls, SD 57117-5524
742915         +EDI: HFC.COM Apr 16 2020 05:43:00      HSBC Bank USA, National Association,   452 Fifth Avenue,
                 New York, NY 10018-2736
742993          E-mail/PDF: resurgentbknotifications@resurgent.com Apr 16 2020 01:50:09     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
742919          E-mail/Text: ml-ebn@missionlane.com Apr 16 2020 01:36:02     Mission Lane/TAB Bank,
                 PO Box 31535,   Tampa, FL 33621
742916         +EDI: TSYS2.COM Apr 16 2020 05:43:00      Macy's,   Bankruptcy Processing,   P.O. Box 8053,
                 Mason, OH 45040-8053
742918          E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 16 2020 01:50:08     Merrick Bank,
                 PO Box 5721,   Hicksville, NY 11802-5721
742929         +EDI: PRA.COM Apr 16 2020 05:43:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
742920         +EDI: RMSC.COM Apr 16 2020 05:43:00      Synchrony Bank/Amazon,   PO Box 965013,
                 Orlando, FL 32896-5013
742921          EDI: TDBANKNORTH.COM Apr 16 2020 05:43:00      TD Bank, N.A.,   1701 Route 70 East,
                 Cherry Hill, NJ 08034
742922         +EDI: TCISOLUTIONS.COM Apr 16 2020 05:43:00      Total Card Inc.,   5109 S. Broadband Lane,
                 Sioux Falls, SD 57108-2208
742923          EDI: VERIZONCOMB.COM Apr 16 2020 05:43:00      Verizon,   Bankruptcy Department,   404 Brock Dr,
                 Bloomington, IL 61701-2654
                                                                                              TOTAL: 20
```

```
District/off: 0090-1          User: admin              Page 2 of 2              Date Rcvd: Apr 15, 2020
                              Form ID: 309E1           Total Noticed: 36
```

```
                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA  19101-7346
742903*         Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
              Brett Weiss    on behalf of Debtor In Possession Walter Leroy Peacock
               brett@BankruptcyLawMaryland.com,    chetan@brettweiss.com;r51781@notify.bestcase.com
              Joseph A. Guzinski    on behalf of U.S. Trustee    U. S. Trustee for Region Four
               Joseph.A.Guzinski@usdoj.gov,    USTPRegion04.DC.ECF@USDOJ.GOV;Bradley.D.Jones@usdoj.gov
              Richard Painter    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Fremont Home Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2 rpainterlaw@gmail.com
              U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
                                                                                             TOTAL: 4
```