The order below is hereby signed.

Signed: April 24 2020



_S. Martin Teel Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **Walter Leroy Peacock**<br>**Debtor.** | Case No.  20-00154-SMT<br><br>Chapter 11 |

### CONSENT ORDER CONDITIONING
### RIGHTS OF DEBTOR(S) IN POSSESSION

By agreement between **Walter Leroy Peacock**, debtor(s), and the United States Trustee, by counsel, it is hereby ORDERED that, pending further order of the Court, debtor(s) shall remain in possession and conduct business subject to the following conditions:

1. Unless contained otherwise herein, the debtor shall comply with the Chapter 11 Guidelines of the United States Trustee, a copy of which the United States Trustee has served on the debtor.

2. The debtor shall provide to the United States Trustee such other information regarding the conduct of debtor's affairs as may from time to time be requested.

3. A copy of the Order shall be served upon the debtor, attorney for the debtor(s), attorney for the debtor, and the United States Trustee.

Subject to the forgoing limitations and conditions, the debtor shall conduct all financial affairs pursuant to applicable provisions of Title 11 United States Code.

We consent to the entry of this Consent Order Conditioning Rights of Debtor In Possession.

**ENDORSEMENTS**

| **Agreed:** | **Seen and agreed:** |
|---|---|
| JOHN P. FITZGERALD, III, | **Walter Leroy Peacock** |
| Acting United States Trustee | |

**BY:**  /**s**/ *Joseph A. Guzinski*          **BY:**  */s/Brett Weiss (with permission)*
　　　　Joseph A. Guzinski　　　　　　　　　　Brett Weiss, Esq.
　　　　Office of the United States Trustee　　The Weiss Law Group, LLC
　　　　1725 Duke St, Suite 650　　　　　　　6404 Ivy Lane
　　　　Alexandria, VA 22314　　　　　　　　Suite 650
　　　　Ph: (703) 557-7274　　　　　　　　　Greenbelt, MD 20770
　　　　Fax: (703) 557-7279
　　　　Email: Joseph.a.guzinski@usdoj.gov

Copies to:

Brett Weiss, Esq.
The Weiss Law Group, LLC
6404 Ivy Lane
Suite 650
Greenbelt, MD 20770

Walter Leroy Peacock
2920 Pennsylvania Ave, SE
Washington, DC 20020

Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314