**Fill in this information to identify the case:**

Debtor Name  Walter Leroy Peacock

United States Bankruptcy Court for the: District of Columbia   District of  DC
                                                                        (State)

Case number:  2000154-SMT

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of |03/31/2020| on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Walter Leroy Peacock
[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| MLearning Tech LLC | 100% | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Official Form 426        Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability        page **1**

Debtor Name   Walter Leroy Peacock                                    Case number  20-00154-SMT

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

For non-individual
Debtors:

✗ _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date _____
MM / DD / YYYY

For individual Debtors:      ✗ /s/ Walter Leroy Peacock               ✗ _____
Signature of Debtor 1                                     Signature of Debtor 2

Walter Leroy Peacock                                      _____
Printed name of Debtor 1                                  Printed name of Debtor 2

Date 04/30/2020                                           Date _____
MM / DD / YYYY                                            MM / DD / YYYY

Debtor Name  Walter Leroy Peacock

Case number 20-00154-SMT

**Exhibit A: Financial Statements for** [Name of Controlled Non-Debtor Entity]

MLearning Tech LLC

Debtor Name    Walter Leroy Peacock                                    Case number  20-00154-SMT

MLearning Tech LLC
**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of [date] 2020**

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]      MLearning Tech LLC Balance Sheet.

Balance Sheets for period ending March 31,2020
and December 31, 2019 are attached.

20-00154-SMT Exhibit A-1: Debtor Walter Leroy Peacock

## MLearning Tech LLC
## Balance Sheet
## As of March 31, 2020

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Current assets | | Current liabilities | |
| Cash | $  1,500.00 | Current Debts | $      11.72 |
| | | | |
| | | Business Equity | $  1,488.28 |
| Total current assets | $  1,500.00 | Total current liabilities and equity | $  1,500.00 |

20-00154-SMT:  Exhibit A-1: Debtor Walter Leroy Peacock

### MLearning Tech LLC
### Balance Sheet
### As of December 31, 2019

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Current assets | | Current liabilities | |
| Cash | $ 1,548.00 | Current Debts | 0.00 |
| | | | |
| | | Business Equity | $ 1,548.00 |
| Total current assets | $ 1,548.00 | Total current liabilities and equity | $ 1,548.00 |

Debtor Name    Walter Leroy Peacock                                     Case number  20-00154-SMT

MLearning Tech LLC
**Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

### Mlearning Tech Profit and Loss Statements

Profit and Loss statements for period ending March 31, 2020
and December 31, 2019 are attached.

20-00154-SMT:  Exhibit A-2 (a): Debtor Walter Leroy Peacock

Mlearning Tech LLC
Profit and Loss Statement (Cash Basis)
For The Period
January 1, 2020 thru March 31, 2020

| | | |
|---|---|---|
| Total Income | $ | 51,510.00 |
| | | |
| Business Expenses: | | |
| Consultant Fees | | 50,218.51 |
| License Fees | | 320.00 |
| | | |
| Total Expenses: | | 50,538.51 |
| | | |
| Net Income (Loss) | $ | 971.49 |

: Exhibit A-2 (b): Debtor Walter Leroy Peacock

**Mlearning Tech LLC**
**Profit and Loss Statement (Cash Basis)**
**For The Period**
**February 1, 2019 thru December 31, 2019**

| | | |
|---|---|---:|
| Total Income | $ | 145,020.25 |
| | | |
| Business Expenses: | | |
| Consultant Fees | | 140,171.66 |
| Banking & Miscellaneous Fees | | 3,300.00 |
| | | |
| Total Expenses: | | 143,471.66 |
| | | |
| Net Income (Loss) | $ | 1,548.59 |

Debtor Name  Walter Leroy Peacock                      Case number 20-00154-SMT

MLearning Tech LLC
**Exhibit A-3: Statement of Cash Flows for** [Name of Controlled Non-Debtor Entity] **for period ending** [date]

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period
of the current fiscal year; and    Balance as of 12/31/19  1,548
                                 Balance as os  3/31/20  -1,500

    b. the prior fiscal year. N/A           --------
                                  Change:  $48

(ii) For subsequent reports, since the closing date of the last report.
                                 N/A

Describe the source of this information.]  Balance Sheets for March 31,2020
and December 31, 2019.

Debtor Name   Walter Leroy Peacock                         Case number   20-00154-SMT

MLearning Tech LLC

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity]
for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:          None.

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period
       of the current fiscal year; and

    b. the prior fiscal year.          None.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

    N/A

Debtor Name   Walter Leroy Peacock                              Case number 20-00154-SMT

MLearning Tech LLC
**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]    Debtor Statement.

MLearning Tech LLC is a Pass Through Entity to facilitate receiving payments from consulting work performed by the Debtor.

Debtor owns 100% of MLearning Tech LLC which is registered in the District of Columbia.

Debtor Name   __Walter Leroy Peacock_____          Case number __20-00154-SMT_____

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

   None.

Debtor Name   Walter Leroy Peacock                                        Case number  20-00154-SMT

---

## Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]


       N/A

Debtor Name  **Walter Leroy Peacock**

Case number  **20-00154-SMT**

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

None.