**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re:   Walter Leroy Peacock | Case No. 20-00154-SMT |
| | Chapter 11 |

### LINE OF APPEARANCE

Please enter the appearance of Kevin Feig, Esq. and McCabe, Weisberg & Conway, LLC, as counsel for the secured creditor, <u>HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2,</u> and add our name to the Mailing Matrix to receive copies of all Motions, Orders, Plans, and Notices filed herein.

*/s/ Kevin Feig, Esq.*
Kevin Feig, Esq.
Attorney for Movant
Bar No. 15202
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcyva@mwc-law.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2020 I reviewed the Court's CM/ECF system and it reports that an electronic copy

of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

U.S. Trustee
U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314

Brett Weiss
The Weiss Law Group, LLC
6404 Ivy Lane, Suite 650
Greenbelt, Maryland  20770

I hereby further certify that on the 11th day of May, 2020, a copy of the foregoing pleading was also mailed first class mail,

postage prepaid to:

Walter Leroy Peacock
2920 Pennsylvania Avenue, SE
Washington, D.C.  20020
(Via U.S Mail)

*/s/ Kevin Feig, Esq.*
Kevin Feig, Esq.