**NTCHRG (02/03)**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

| | |
|---|---|
| **In Re** <br> Walter Leroy Peacock <br> **Debtor** | **Case No.** 20−00154−ELG <br><br> **Chapter** 11 |

## NOTICE OF HEARING

====================

　　NOTICE IS HEREBY GIVEN that a hearing will be held before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia, in the above−referenced case on the following date and time:

DATE:  12/16/2020

TIME:  10:30 AM

LOCATION:  via Zoom

　　The following matter(s) will be considered and acted upon at the time:

a status hearing.

The hearing will be via Zoom videoconference. The meeting information can be obtained by emailing Courtroom Deputy Aimee Mathewes at aimee_mathewes@dcb.uscourts.gov.

Dated:  11/23/20　　　　　　　　　　　　　　　　　　　For the Court:
　　　　　　　　　　　　　　　　　　　　　　　　　　　Angela D. Caesar
　　　　　　　　　　　　　　　　　　　　　　　　　　　BY:  am