## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

**In re:**

**WALTER PEACOCK,**                                         **Case No. 20-154-ELG**

   **Debtor.**                                              **Chapter 11**

### U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE

John P. Fitzgerald, III, the Acting United States Trustee for Region 4, by counsel, moves this Court to convert this chapter 11 case to chapter 7, or in the alternative, dismiss the case.

Section 1112(b)(1) of the Bankruptcy Code provides that the Bankruptcy Court shall convert a case to chapter 7 or dismiss a case if cause is established.

- Under 11 U.S.C. § 1112(b)(4)(E) cause exists for "failure to comply with an order of the court". A Motion to Condition Rights was filed by the U.S. Trustee on April 23, 2020 (Doc. No. 15) with the related Consent Order Conditioning Rights of the Debtor entered on April 24, 2020 (Doc. No. 16). The Debtor has failed to follow this order of the court by not filing a plan or disclosure statement in the case. Additionally, the Debtor has failed to file any monthly operating report in this case—monthly operating reports from March 2020 through October 2020 remain due and owing. The failure to follow this court's order to do such is reason to convert or dismiss this case.

Office of United States Trustee
Kristen S. Eustis, Trial Attorney
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227 (Direct Dial)
(202) 934-4173 (Office Cell)
kristen.s.eustis@usdoj.gov

- Under 11 U.S.C. § 1112(b)(4)(F) the Debtor's failure to file monthly operating reports constitutes cause to dismiss or convert this case.

- Under 11 U.S.C. § 1112(b)(4)(H), the Debtor's failure to timely provide the Office of the United States Trustee with proof that he has opened a debtor in possession account at an approved depository institution constitutes cause to convert or dismiss this case.

- Finally, under 11 U.S.C. § 1112(b)(4)(I) cause exists where "failure timely to pay taxes owed after the date of the order for relief or to file tax returns due after the date of the order for relief". The Debtor has failed to provide proof of Federal and State taxes being timely filed and paid, if necessary, for 2019. Failure to provide proof of timely filing and paying Federal and State taxes is grounds for conversion or dismissal of the case.

As the U.S. Trustee has established a *prima facie* case that causes exists to convert or dismiss this case, the burden shifts to the debtor to demonstrate that "unusual circumstances" exist to avoid the mandatory conversion or dismissal of his case. *See* 11 U.S.C. § 1112(b)(2); *In re Park,* 426 B.R. 811, 815 (Bankr. W.D. Va. 2010) (internal citations omitted)("The moving party bears the initial burden of establishing a *prima facie* case that cause exists to dismiss or convert. Once a *prima facie* case establishing cause is made, then the burden shifts to the objecting party to either: (a) demonstrate that unusual circumstances exist that would that make dismissal or conversion unfavorable to the creditors or estate; or (b) establish that a plan will be confirmed and that the act or omission that forms the basis for the aforementioned cause to dismiss or convert will be cured within a reasonable period of time."). The U.S. Trustee is unaware of any unusual circumstances that would result in a finding that either conversion or dismissal of this case is not in the best interest of the creditors of the estate.

WHEREFORE, the United States Trustee respectfully requests that this Court enter an

order converting this case to a case under chapter 7 of the Bankruptcy Code or dismiss this case.

December 7, 2020                              JOHN P. FITZGERALD, III
                                             ACTING U.S. TRUSTEE, REGION 4


                                      By:    */s/ Kristen S. Eustis*
                                             Kristen S. Eustis, Bar # MD28984
                                             Trial Attorney
                                             Office of United States Trustee
                                             1725 Duke Street, Suite 650
                                             Alexandria, VA 22314
                                             (703) 557-7227 (Direct Dial)
                                             (202) 934-4173 (Office Cell)
                                             kristen.s.eustis@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that, on the <u>7th</u> day of December, 2020, after reviewing the Court's ECF Records, all parties required to be served with a copy of the foregoing Motion To Dismiss or Convert Case should receive a copy electronically from the Court, except for the following person(s) to whom a copy is being mailed first class, postage prepaid:

**Walter Leroy Peacock**
2920 Pennsylvania Avenue, SE
Washington, DC 20020

**Atlas Acquisitions LLC**
294 Union St.
Hackensack, NJ 07601

**PRA Receivables Management, LLC**
PO Box 41021
Norfolk, VA 23541

According to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- **Kevin R. Feig**   bankruptcymd@mwc-law.com, bankruptcyva@mwc-law.com
- **Brett Weiss**   brett@BankruptcyLawMaryland.com, chetan@brettweiss.com;r51781@notify.bestcase.com

*/s/ Paula Blades*
Paula Blades
Paralegal