**NTCHRG (02/03)**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

**In Re**  
Walter Leroy Peacock  
**Debtor**

**Case No.** 20−00154−ELG

**Chapter** 11

## NOTICE OF HEARING

====================

   NOTICE IS HEREBY GIVEN that a hearing will be held before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia, in the above−referenced case on the following date and time:

DATE:  1/13/2021

TIME:  10:30 AM

LOCATION:  via Zoom

   The following matter(s) will be considered and acted upon at the time:

at the request of the Court, the status hearing scheduled for 12/16/2020 is continued to 1/13/2021 at 10:30 AM.

The hearing will be via Zoom videoconference. The meeting information can be obtained by emailing Courtroom Deputy Aimee Mathewes at aimee_mathewes@dcb.uscourts.gov.

Dated:  12/11/20

For the Court:
Angela D. Caesar
BY:  am