NTCMDC (11/04)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**  
Walter Leroy Peacock  
**Debtor**

**Case No.** 20−00154−ELG

**Chapter** 11

## NOTICE OF MOTION TO DISMISS OR CONVERT
## AND NOTICE OF HEARING
==========================================

    The United States Trustee has filed a motion to dismiss or convert this case. Your rights may be affected. You should discuss the motion with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) The motion is on file at the Clerk's Office and available there for you to read. Also, the motion may be viewed via Public Access to Court Electronic Records (PACER); however, you will need a PACER account and you will be assessed a fee for viewing the motion via PACER. For more information regarding PACER, please see their web site at http://pacer.psc.uscourts.gov.

    If you do not want the court to grant the relief sought, or if you want the court to consider your views on the motion, then you or your attorney must file a written response or answer within 21 days of the date of this notice explaining your position. Responses or answers must be submitted to: United States Bankruptcy Court; Clerk's Office, 333 Constitution Avenue, NW, Washington, DC 20001.

    If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. Also, you must mail a copy to the movant's attorney.

    A hearing has been scheduled on this matter on 1/13/21 at 10:30 AM. The hearing will be held in Courtroom 1, United States Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001.

    IF YOU OR YOUR ATTORNEY DO NOT RESPOND, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF WITHOUT A HEARING.

Dated: 12/9/20

For the Court:  
Angela D. Caesar  
BY: am

United States Bankruptcy Court

District of Columbia

In re:  Case No. 20-00154-ELG

Walter Leroy Peacock  Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 3

Date Rcvd: Dec 09, 2020     Form ID: ntcmdc     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Walter Leroy Peacock, 2920 Pennsylvania Avenue, SE, Washington, DC 20020-3837 |
| smg | | Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | + | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | + | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor Washington, DC 20001-2714 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | | U.S. Attorney's Office, Civil Division - Judiciary Ct. Building, 555 4th St., N.W., 4th Floor, Washington, DC 20001-2733 |
| 742908 | + | BWW Law Group, LLC, 6003 Executive Blvd., Suite 101, Rockville, MD 20852-3813 |
| 745576 | + | Bank of Missouri, Total Card Inc, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 742910 | + | CW Nexus Credit Card Holdings Trust, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 742909 | + | Capital Bank N.A., One Church Street, Rockville, MD 20850-4190 |
| 742912 | + | DC Water & Sewer Authority, PO Box 97200, Washington, DC 20090-7200 |
| 742916 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 742913 | + | Deutsche Bank National Trust Company, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 743855 | | Deutsche Bank National Trust Company, PHH Mortgage, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 742905 | + | Equifax Information Services, LLC, PO Box 740256, Atlanta, GA 30374-0256 |
| 742914 | | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 744082 | | HSBC Bank USA, National Association, PHH Mortgage, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 742915 | + | HSBC Bank USA, National Association, 452 Fifth Avenue, New York, NY 10018-2736 |
| 744490 | + | HSBC Bank USA, National Association, as Trustee fo, c/o McCabe, Weisberg & Conway, LLC, 312 Marshall Avenue, Suite 800, Laurel, MD 20707-4808 |
| 742917 | + | McCabe, Weisberg & Conway LLC, 312 Marshall Ave Suite 800, Laurel, MD 20707-4808 |
| 744536 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 742924 | + | Walter Buzzetta, Esq., Stradey Ronon Stevens & Young, LLP, 2000 K Street, Suite 700, Washington, DC 20006-1866 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Dec 09 2020 23:28:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 09 2020 23:28:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: atlreorg@sec.gov | Dec 09 2020 23:28:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| cr | | Email/Text: bnc@atlasacq.com | Dec 09 2020 23:28:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 748870 | | Email/Text: bnc@atlasacq.com | Dec 09 2020 23:28:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |

Case 20-00154-ELG   Doc 29   Filed 12/11/20   Entered 12/12/20 00:05:02   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2020 | Form ID: ntcmdc | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 742907 | + | Email/Text: jcissell@bankofmissouri.com | Dec 09 2020 23:28:00 | Bank of Missouri, 906 N. Kingshighway Street, Perryville, MO 63775-1204 |
| 743224 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 09 2020 23:37:03 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 742906 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Dec 09 2020 23:28:00 | Chex System, Inc., Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1595 |
| 742911 | + | Email/Text: angela.coleman@dc.gov | Dec 09 2020 23:28:00 | DC Office of Tax and Revenue, 1101 4th Street, SW, No. 270, Washington, DC 20024-4457 |
| 742904 | + | Email/Text: angela.coleman@dc.gov | Dec 09 2020 23:28:00 | District of Columbia, Office of Tax and Revenue, 1101 4th Street, SW, Washington, DC 20024-4457 |
| 742993 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2020 23:38:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 742919 | | Email/Text: ml-ebn@missionlane.com | Dec 09 2020 23:28:00 | Mission Lane/TAB Bank, PO Box 31535, Tampa, FL 33621 |
| 742918 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 09 2020 23:37:03 | Merrick Bank, PO Box 5721, Hicksville, NY 11802-5721 |
| 742929 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2020 23:38:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 742920 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 09 2020 23:38:17 | Synchrony Bank/Amazon, PO Box 965013, Orlando, FL 32896-5013 |
| 742921 | | Email/Text: bankruptcy@td.com | Dec 09 2020 23:28:00 | TD Bank, N.A., 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 742922 | + | Email/Text: bknotices@totalcardinc.com | Dec 09 2020 23:28:00 | Total Card Inc., 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |
| 742923 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 09 2020 23:28:00 | Verizon, Bankruptcy Department, 404 Brock Dr, Bloomington, IL 61701-2654 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Trustee f |
| cr | | HSBC Bank USA, National Association, as Trustee fo |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 742903 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0090-1 User: admin Page 3 of 3
Date Rcvd: Dec 09, 2020 Form ID: ntcmdc Total Noticed: 40

Date: Dec 11, 2020  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett Weiss | on behalf of Debtor In Possession Walter Leroy Peacock brett@BankruptcyLawMaryland.com chetan@brettweiss.com;r51781@notify.bestcase.com |
| Kevin R. Feig | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Fremont Home Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2 bankruptcymd@mwc-law.com, bankruptcyva@mwc-law.com |
| Kevin R. Feig | on behalf of Creditor HSBC Bank USA National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 bankruptcymd@mwc-law.com, bankruptcyva@mwc-law.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 5