NTCHRG (02/03)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**  
Walter Leroy Peacock  
**Debtor**

**Case No.** 20−00154−ELG

**Chapter** 11

# NOTICE OF HEARING

====================

   NOTICE IS HEREBY GIVEN that a hearing will be held before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia, in the above−referenced case on the following date and time:

DATE:  1/13/2021

TIME:  10:30 AM

LOCATION:  via Zoom

   The following matter(s) will be considered and acted upon at the time:

at the request of the Court, the status hearing scheduled for 12/16/2020 is continued to 1/13/2021 at 10:30 AM.

The hearing will be via Zoom videoconference. The meeting information can be obtained by emailing Courtroom Deputy Aimee Mathewes at aimee_mathewes@dcb.uscourts.gov.

Dated:  12/11/20

For the Court:
Angela D. Caesar
BY:  am

United States Bankruptcy Court

District of Columbia

In re:                                                                              Case No. 20-00154-ELG

Walter Leroy Peacock                                                                Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: ntchrg | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Walter Leroy Peacock, 2920 Pennsylvania Avenue, SE, Washington, DC 20020-3837 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2020                                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett Weiss | on behalf of Debtor In Possession Walter Leroy Peacock brett@BankruptcyLawMaryland.com chetan@brettweiss.com;r51781@notify.bestcase.com |
| Kevin R. Feig | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Fremont Home Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2 bankruptcymd@mwc-law.com, bankruptcyva@mwc-law.com |
| Kevin R. Feig | on behalf of Creditor HSBC Bank USA National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 bankruptcymd@mwc-law.com, bankruptcyva@mwc-law.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

District/off: 0090-1 User: admin Page 2 of 2
Date Rcvd: Dec 11, 2020 Form ID: ntchrg Total Noticed: 1
TOTAL: 5