**DEBTOR:**     **WALTER LEROY PEACOCK**          **CASE NUMBER:**     20-00154 ELG

## OFFICE OF THE UNITED STATES TRUSTEE
### DISTRICT OF ALEXANDRIA/DISTRICT OF COLUMBIA DIVISIONS
### MONTHLY OPERATING REPORT
### CHAPTER 11
### INDIVIDUAL DEBTORS

### Form 3
### COVER SHEET AND QUESTIONNAIRE

**For Period Ended:** 11/30/2020

---

*THIS REPORT MUST BE FILED WITH THE COURT 15 DAYS AFTER THE END OF THE MONTH*
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [X] | [ ] | 1 Cash Flow Statement (Page 2) |
| [X] | [ ] | 2 Cash Reconciliation(s) and Narrative (Page 3) |
| [X] | [ ] | 3 Cash Receipts Detail (Page 4) |
| [X] | [ ] | 4 Cash Disbursements Detail (Page 5) |
| [X] | [ ] | 5 Receipts and Disbursements Recap Case to Date (Page 6) |
| [X] | [ ] | 6 **Bank Statements for All Bank Accounts** (remember to redact all but last four digits of bank account number) |

| QUESTIONNAIRE | Yes | No |
|---|---|---|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | | X |
| 2. Are all insurance policies current and in effect? | X | |
| 3. Have all taxes been timely filed and paid? | | X |
| 4. Did you pay all your bills on time this month? | | X |
| 5. Are you current on U.S. Trustee quarterly fees payments? | X | |
| 6. Did you borrow money from anyone this month? | | X |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | | X |
| 8. Do you have any bank accounts open other than the DIP account? | X | |

---

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

**Executed on:**          12/30/20          **Signature (Debtor):**     *Walter L Peacock*

                                    **Print name:**          Walter Leroy Peacock

                                    **Signature (Co-Debtor, if one):**

                                    **Print name:**

**DEBTOR:**  **WALTER LEROY PEACOCK**                    **CASE NUMBER:**   20-00154 ELG

## CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

| | | Month Reporting: |
|---|---|---|
| **CASH FLOW SUMMARY (SEE NOTE A)** | | **November-20** |
| **1.  Beginning Cash Balance** | $ | 3,219.15 |
| **2.  Cash Receipts** | | |
| Business Income--Direct | | 7,000.00 |
| Business Income--Payment of Personal Expenses | | 9.99 |
| Misc. Income | | 2,103.81 |
| Deposit of Cash on Hand | | |
| Other     Credits/Refunds | | 409.13 |
| Total Cash Receipts | $ | 9,522.93 |
| **3.  Cash Disbursements** | | |
| Rent or home mortgage payment | $ | |
| Utilities and Telephone Expenses | | 778.71 |
| Household Expenses | | 1,289.11 |
| Food / Groceries | | 629.07 |
| Insurance payments | | 1,315.46 |
| Installment payments (including auto) | | |
| Transportation (not including car payments) | | 164.59 |
| Legal / Professional Fees / U.S. Trustee Fees | | |
| Dining/Food Eaten Outside the Home | | 998.18 |
| Rental property expenses / repairs | | 2,392.93 |
| Other     Educational Expenses | | 313.53 |
| Other     Clothing/Laundry/Personal Care | | 702.33 |
| Other     Entertainment Expenses | | 394.51 |
| Miscellaneous | | 644.00 |
| Total Cash Disbursements | $ | 9,622.42 |
| **4.  Net Cash Flow for Month (Total Cash Receipts**<br>     **less Total Cash Disbursements)** | | -99.49 |
| **5.  Ending Cash Balance** | $ | 3,119.66 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Disbursements for the Month (from above) | 9,622.42 |
| Less: Transfers between bank accounts | 0 |
| Add: Any amounts paid on behalf of the debtor by others | |
| **Disbursements for U.S. Trustee Fee Calculation** | **9,622.42** |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*                    Rev. 2012-06

*(1) Current month beginning cash balance should equal the previous month's ending balance.*            *wp*        PAGE 2

**DEBTOR:**   **WALTER LEROY PEACOCK**        Case Number: 20-00154 ELG

**BANK RECONCILIATIONS**

| Month ending: | Nov-20 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|---|
| Name of Bank: | | SunTrust | United Bank | | |
| Last four digits of account | | 8061 | 9659 | | |
| Purpose of Acct (Personal or Business) | | Business | DIP | | |
| Type of account (Checking or Savings) | | Checking | Checking | | |
| **Balance per Bank Statement** | $ | 103.67 | 227.05 | | |
| **ADD**: Deposits not credited (attach list) | | | | | |
| **SUBTRACT**: Outstanding check (attach list) | | | | | |
| Other reconciling items (attach list) | | | | | |
| **Month end Balance (Must agree with books)** | $ | 61.29 | 127.56 | 0.00 | 0.00 |
| **TOTAL OF ALL ACCOUNTS** | | | | | 188.85 |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post petition)**

| | |
|---|---|
| **- Personally (attach list stating who, amount, when due)** | |
| **- Business (if applicable) (attach list)** | |
| **TOTAL OWED POST PETITION** | 0.00 |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition)**

| | |
|---|---|
| **- Personally (attach list stating who, amount, when due)** | 1,080.88 |
| **- Business (if applicable) (attach list)** | |
| **TOTAL AMOUNT OWED TO YOU** | 1,080.88 |

## NARRATIVE

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

The SunTrust account, pre-petition and until the DIP account was established, was used for the payment of both business and personal expenses. This stopped shortly after the DIP account was opened, and since approximately May 2020, this account was not used for personal expenses.

Some reoccuring minor charges (personal expenses) are stilll being paid from Suntrust of approximatgely $150.00 or less.

Rev. 2012-06

*(2) Total of all accounts should equal page 2, line 5 - Ending Cash Balance.*        PAGE 3

| DEBTOR: | WALTER LEROY PEACOCK | CASE NO: | 20-00154 ELG |
|---------|----------------------|----------|--------------|

### CASH RECEIPTS DETAIL (SEE NOTE A)

For Period:  __11/1/2020__  **to**  __11/30/2020__

*(attach additional sheets as necessary)*

## Debtor In Possession Account:   _____*9002000154*_____

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 11/2/20 | W Peacock III | Repayment | 500.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Total automatic credits for the month which identify source of deposit**  _____

**Total Cash Receipts**  $  _____500.00_____ (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1)  Total for all accounts should agree with total cash receipts listed on page 2.*

Rev. 2012-06

PAGE 4

wp

**DEBTOR:**    WALTER LEROY PEACOCK                              **CASE NO:** 20-00154 SMT

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period:11/1/2020 to 11/30/2020

**(attach additional sheets as necessary)**

### Debtor In Possession Account:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 11/4/2020 | ATM w/d | Cash | Rental Property Expenses | 603.50 |
| 11/9/2020 | ATM w/d | Cash | Rental Property Expenses | 603.50 |
| 11/19/2020 | ATM w/d | Cash | Rental Property Expenses | 503.50 |

**Total automatic debits for the month which identify who is paid**

|  |  |
|--|--|
| **Total Cash Disbursements** | **$1,710.50** |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

Rev 2012-06

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

PAGE 5

*WT*

# INCOME AND DISBURSEMENTS RECAP

**Debtor:**          **WALTER LEROY PEACOCK**      **Case Number: 20-00154 ELG**

**Date Case was filed:**    **3/12/2020**

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date.
It serves as a running total of overall income, expenses and net income (or loss) for the case.

| | Year: 2020 | | | | Year: | | |
|---|---|---|---|---|---|---|---|
| | Income | Expenses | Net Inc/ (Loss) | | Income | Expenses | Net Inc/ (Loss) |
| Jan | | | - | | | | - |
| Feb | | | - | | | | - |
| Mar | 933.10 | 1,250.73 | (317.63) | | | | - |
| Apr | 13,760.54 | 9,857.65 | 3,902.89 | | | | - |
| May | 14,870.90 | 10,519.62 | 4,351.28 | | | | - |
| Jun | 15,848.85 | 13,222.16 | 2,626.69 | | | | - |
| Jul | 12,793.66 | 13,112.27 | (318.61) | | | | - |
| Aug | 11,689.28 | 15,391.53 | (3,702.25) | | | | - |
| Sep | 14,282.46 | 12,326.44 | 1,956.02 | | | | - |
| Oct | 12,437.43 | 17,716.67 | (5,279.24) | | | | - |
| Nov | 9,522.93 | 9,622.42 | (99.49) | | | | - |
| Dec | | | - | | | | - |
| TOTAL | 106,139.15 | 103,019.49 | 3,119.66 | | - | - | - |

Rev. 2012-06

PAGE 6

WP

Debtor: Walter Leroy Peacock                                    Case No: 20-00154-ELG

For the Period 11/01/2020 to 11/30/2020

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition) listed on page 3**

Debtor in Possession Account:  <u>9002000154</u>

| | | |
|---|---|---|
| W Peacock III | $26.96 | Due 12/31/2020 |
| W Peacock III | $526.96 | Due 12/31/2020 |
| W Peacock III | $526.96 | Due 12/31/2020 |
| W Peacock III | $2500.00 | Due 12/31/2020 |
| TOTAL | $ 3,580.88 | |