**Fill in this information to identify the case:**

Debtor Name     WALTER PEACOCK

United States Bankruptcy Court for the District of Columbia
                                                                (State)

Case number:    20-00154 SMT

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of __09/30/20__ on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

**WALTER PEACOCK** holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| MLearning Tech, LLC | 100% | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name ___WALTER PEACOCK_____    Case number_____20-00154 SMT_____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✗ _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date _____ MM / DD / YYYY

**For individual Debtors:**

✗ _/s/Walter Leroy Peacock____
Signature of Debtor 1

Walter Leroy Peacock_____
Printed name of Debtor 1

Date 01/09/20_____

MM / DD / YYYY

✗ _____
Signature of Debtor 2

_____
Printed name of Debtor 2

Date _____

MM / DD / YYYY

Debtor Name ___WALTER PEACOCK___    Case number___20-00154 SMT___

**Exhibit A: Financial Statements for MLearning Tech LLC**

Debtor Name ___WALTER PEACOCK_____    Case number_____20-00154 SMT_____

**Exhibit A-1: Balance Sheet for MLearning Tech LLC as of** 09/30/20

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]   MLearning Tech LLC Balance Sheet.

Balance Sheets for period ending September 30, 2020 and June 30, 2020 are attached.

20-00154-SMT Exhibit A-1: Debtor Walter Leroy Peacock

**MLearning Tech LLC**
**Balance Sheet**
**As of September 30, 2020**

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Current assets | | Current liabilities | |
| Cash | $ 305.48 | Current Debts | $ - |
| | | Business Equity | $ 258.19 |
| | | Net Income | $ 47.29 |
| Total current assets | $ 305.48 | Total current liabilities and equity | $ 305.48 |

20-00154-SMT Exhibit A-1: Debtor Walter Leroy Peacock

**MLearning Tech LLC**
**Balance Sheet**
**As of June 30, 2020**

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Current assets | | | Current liabilities | | |
|   Cash | $ | 258.19 |   Current Debts | $ | - |
| | | | Business Equity | $ | (11.72) |
| | | | Net Income | $ | 269.91 |
| Total current assets | $ | 258.19 |   Total current liabilities and equity | $ | 258.19 |

Debtor Name ___WALTER PEACOCK_____    Case number_____20-00154 SMT_____

**Exhibit A-2: Statement of Income (Loss) for MLearning Tech LLC for period ending** 09/30/20

[Provide a statement of income (*loss*) for the following periods:

(i)  For the initial report:

   a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

 Describe the source of this information.]

MLearning Tech LLC Profit and Loos Statements.


Profit and Loss statements for period ending September 30, 2020

And June 30, 2020 are attached.

20-00154-SMT:  Exhibit A-2 (a): Debtor Walter Leroy Peacock

## Mlearning Tech LLC
### Profit and Loss Statement (Cash Basis)
### For The Period
### July 1, 2020 thru September 30, 2020

| | | |
|---|---|---:|
| Consultant's Income: | $ | 43,520.00 |
| Misc Credits/Refunds | $ | 100.00 |
| | | |
| Total Income | $ | 43,620.00 |
| | | |
| Business Expenses: | | |
| Consultant Fees | | 37,700.00 |
| Other Business Expenses | | 5,395.53 |
| Payment of Personal Expenses | | 477.18 |
| Total Expenses: | | 43,572.71 |
| | | |
| Net Income (Loss) | $ | 47.29 |

20-00154-SMT:  Exhibit A-2 (a): Debtor Walter Leroy Peacock

## Mlearning Tech LLC
### Profit and Loss Statement (Cash Basis)
### For The Period
### April 1, 2020 thru June 30, 2020

| | | |
|---|---|---:|
| Consultant's Income: | $ | 43,520.00 |
| Misc Credits/Refunds | $ | 1,857.33 |
| | | |
| Total Income | $ | 45,377.33 |
| | | |
| Business Expenses: | | |
| Consultant Fees | | 37,400.00 |
| Other Business Expenses | | 2,241.83 |
| Payment of Personal Expenses | | 5,465.59 |
| Total Expenses: | | 45,107.42 |
| | | |
| Net Income (Loss) | $ | 269.91 |

Debtor Name ___WALTER PEACOCK_____   Case number_____20-00154 SMT_____

### Exhibit A-3: Statement of Cash Flows for MLearning Tech LLC for period ending 09/30/20.

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and     Balance as of 06/30/20   $258 .00

    Balance as of 09/30/20   $269.91

    Change:     (11.91)

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]   Balance Sheets for June 30, 2020

And September 30, 2020.

Debtor Name ___WALTER PEACOCK___  Case number ___20-00154 SMT___

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (Deficit) for [Name of Controlled Non-Debtor Entity] for period ending [date]**

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:     None.

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.     None.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

**Exhibit B : Description of Operations for**    MLearning Tech LLC         ]

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.    Debtor Statement.

MLearning Tech LLC is a Pass Through Entity to facilitate receiving payments from consulting work Performed by the Debtor.
Debtor owns 100% of MLearning Tech LLC which is registered in the District of Columbia.

Debtor Name ___WALTER PEACOCK_____   Case number_____20-00154 SMT_____

## Exhibit C : Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.  Describe the source of this information.]

None.

Debtor Name ___WALTER PEACOCK_____   Case number_____20-00154 SMT_____

### Exhibit D : Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

**N/A**

Debtor Name ___WALTER PEACOCK_____    Case number_____20-00154 SMT_____

**otherwise payable by a Debtor: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

None.