# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| **WALTER LEROY PEACOCK,** | )   Case No. 20-00154-ELG |
| | )   Chapter 11 |
| Debtor. | ) |
| | ) |

## NOTICE OF REPRESENTATION AND REQUEST FOR NOTICES

THE CLERK OF THE COURT, and those to whom this notice is directed as indicated in the Certificate of Service, will please take notice that:

1. The United States Attorney for the District of Columbia and undersigned attorneys are counsel of record for the United States, on behalf of the Internal Revenue Service ("IRS") in this matter.

2. Counsel for IRS request that copies of any further notices, pleadings, or other filings be sent to Oliver W. McDaniel, Assistant United States Attorney, at 555 4th Street, N.W., Washington, D.C. 20530, oliver.mcdaniel@usdoj.gov.

                                            Respectfully submitted,

                                            CHANNING D. PHILLIPS
                                            ACTING UNITED STATES ATTORNEY
                                            D.C. BAR NO. 415793

By:                 /s/
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.   20530
(202) 252-2508 / (202) 252-2599 (Facsimile)
oliver.mcdaniel@usdoj.gov

March 5, 2021

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing Notice of Representation and Request for Notices were filed and served electronically using the Court's ECF System on this 5th day of March, 2021.

/s/
OLIVER W. MCDANIEL
ASSISTANT UNITED STATES ATTORNEY