Oliver W. McDaniel
Assistant United States Attorney (Civil Division)
555 4th Street, NW
Washington, D.C. 20530
(202) 252-2508 | (202) 252-2599 (Fax) | oliver.mcdaniel@usdoj.gov

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **WALTER LEROY PEACOCK,** ) | **Case No. 20-00154-ELG** |
| ) | **Chapter 11** |
| **Debtor.** ) | |
| ) | |

### UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE
### A RESPONSE TO DEBTOR'S OBJECTION TO IRS PROOF OF CLAIM

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Bankruptcy Rule 9006(b), Defendant, the United States, on behalf of the U.S. Department of Treasury, Internal Revenue Service ("IRS"), by and through undersigned counsel, the United States Attorney for the District of Columbia, respectfully moves this Court for an extension of time, from the prior date of February 8, 2021, up to and including March 23, 2021, to file a response to the Debtor's Objection to the IRS's Proof of Claim (No. 5-1). Counsel for the Debtor and Trial Attorney Kristen Eustis, on behalf of the Office of the U.S. Trustee, graciously report their non-opposition to this enlargement. In further support of this motion, the United States submits and relies on the following supporting memorandum.

The heart of the dispute over taxes centers on the Debtor's reported filing of tax returns. The IRS reports that it has not received those returns. Going forward, the IRS believes that if it obtains the Debtor's return, an associated adjustment in taxes owed will likely moot the current dispute. The United States regrets not filing a response to the Objection by the due date. An administrative glitch resulted in an oversight of the referral from IRS. The United States submits

that excusable neglect supports the requested extension, and the time requested should lead to an efficient resolution of the dispute.

WHEREFORE, the United States submits that the Court should grant this requested enlargement of time, up to and including March 23, 2021, for the United States to respond to the Debtor's Objection to the IRS's Proof of Claim. A proposed Order consistent with this motion is attached.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. BAR NO. 415793

By:  *Oliver W. McDaniel  /s/*
OLIVER W. McDANIEL, D.C. Bar No. 377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 252-2508 / (202) 252-2599 (Facsimile)
oliver.mcdaniel@usdoj.gov

March 5, 2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, on this 5th day of March, 2021, that copies of the foregoing Unopposed Motion for an Enlargement of Time to File A Response to Debtor's Objection to IRS Proof of Claim and Proposed Order were served on the following by the Electronic Case Filing system:

Brett Weiss, Esq.
6404 Ivy Lane, Suite 650
Greenbelt, Maryland 20770
brett@BankruptcyLawMaryland.com
*Attorney for Debtor*

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA  22314-3489
Kristin.S.Eustice@UST.DOJ.GOV
*Attorney for the Office of the U.S. Trustee, Region 4*

Other ECF Recipients

    *Oliver W. McDaniel* /s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney