**DEBTOR:** WALTER LEROY PEACOCK  **CASE NUMBER:** 20-00154 ELG

# OFFICE OF THE UNITED STATES TRUSTEE
## DISTRICT OF ALEXANDRIA/DISTRICT OF COLUMBIA DIVISIONS
## MONTHLY OPERATING REPORT
## CHAPTER 11
## INDIVIDUAL DEBTORS

### Form 3
### COVER SHEET AND QUESTIONNAIRE

**For Period Ended:** 1/31/2021

*THIS REPORT MUST BE FILED WITH THE COURT 15 DAYS AFTER THE END OF THE MONTH*

Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| X | ☐ | 1  Cash Flow Statement (Page 2) |
| X | ☐ | 2  Cash Reconciliation(s) and Narrative (Page 3) |
| X | ☐ | 3  Cash Receipts Detail (Page 4) |
| X | ☐ | 4  Cash Disbursements Detail (Page 5) |
| X | ☐ | 5  Receipts and Disbursements Recap Case to Date (Page 6) |
| X | ☐ | 6  **Bank Statements for All Bank Accounts** (remember to redact all but last four digits of bank account number) |

### QUESTIONNAIRE

Please answer the questions below for the month being reported:

| | Yes | No |
|---|---|---|
| 1. Did you deposit all receipts into your DIP account this month? | | X |
| 2. Are all insurance policies current and in effect? | X | |
| 3. Have all taxes been timely filed and paid? | | X |
| 4. Did you pay all your bills on time this month? | | X |
| 5. Are you current on U.S. Trustee quarterly fees payments? | X | |
| 6. Did you borrow money from anyone this month? | | X |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | | X |
| 8. Do you have any bank accounts open other than the DIP account? | X | |

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

**Executed on:** 3/8/21   **Signature (Debtor):** *Walter L Peacock*

**Print name:** Walter Leroy Peacock

**Signature (Co-Debtor, if one):**

**Print name:**

Rev. 2012-06

2021-01 MOR_P_0131.xlsx

PAGE 1

*WP*

| | |
|---|---|
| **DEBTOR:** WALTER LEROY PEACOCK | **CASE NUMBER:** 20-00154 ELG |

## CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

**Month Reporting: January-21**

**CASH FLOW SUMMARY (SEE NOTE A)**

1. **Beginning Cash Balance** $ 16,243.89

2. **Cash Receipts**

    | | |
    |---|---:|
    | Business Income--Direct | 2,720.00 |
    | Business Income--Payment of Personal Expenses | |
    | Misc. Income | |
    | Deposit of Cash on Hand | |
    | Other   Credits/Refunds | 373.43 |
    | Total Cash Receipts | $ 3,093.43 |

3. **Cash Disbursements**

    | | |
    |---|---:|
    | Rent or home mortgage payment | $ |
    | Utilities and Telephone Expenses | 1,202.48 |
    | Household Expenses | 810.42 |
    | Food / Groceries | 959.61 |
    | Insurance payments | 1,453.14 |
    | Installment payments (including auto) | 497.75 |
    | Transportation (not including car payments) | 129.84 |
    | Legal / Professional Fees / U.S. Trustee Fees | 325.00 |
    | Dining/Food Eaten Outside the Home | 534.73 |
    | Rental property expenses / repairs | 1,476.25 |
    | Other   Educational Expenses | 32.75 |
    | Other   Clothing/Laundry/Personal Care | 758.35 |
    | Other   Entertainment Expenses | 359.90 |
    | Miscellaneous | 432.48 |
    | Total Cash Disbursements | $ 8,972.70 |

4. **Net Cash Flow for Month (Total Cash Receipts less Total Cash Disbursements)** -5,879.27

5. **Ending Cash Balance** $ 10,364.62

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---:|
| Total Disbursements for the Month (from above) | 8,972.70 |
| Less: Transfers between bank accounts | 0 |
| Add: Any amounts paid on behalf of the debtor by others | |
| **Disbursements for U.S. Trustee Fee Calculation** | **8,972.70** |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*   Rev. 2012-06

*(1) Current month beginning cash balance should equal the previous month's ending balance.*   PAGE 2

DEBTOR:     WALTER LEROY PEACOCK     Case Number: 20-00154 ELG

**BANK RECONCILIATIONS**

| Month ending: Jan-21 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust | United Bank | | |
| Last four digits of account | 8061 | 9659 | | |
| Purpose of Acct (Personal or Business) | Business | DIP | | |
| Type of account (Checking or Savings) | Checking | Checking | | |
| **Balance per Bank Statement** | $ 1,658.74 | 6,227.61 | | |
| **ADD**: Deposits not credited (attach list) | | 0.00 | | |
| **SUBTRACT**: Outstanding check (attach list) | | | | |
| Other reconciling items (attach list) | | | | |
| **Month end Balance (Must agree with books)** | $ 1,658.74 | 6,227.61 | 0.00 | 0.00 |
| **TOTAL OF ALL ACCOUNTS** | | | | 7,886.35 |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | |
| - Business (if applicable) (attach list) | |
| **TOTAL OWED POST PETITION** | 0.00 |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | 0.00 |
| - Business (if applicable) (attach list): Mlearning Tech | 14,200.00 |
| **TOTAL AMOUNT OWED TO YOU** | 14,200.00 |

## NARRATIVE

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

Deposit return items of $3000, $3000 and $6000 for January 5, 2021 on the January 2021 bank statement are not included in the receipts nor the expenses on Page 3. These amounts of $3000, $3000 and $6000 have already been included in the December 2020 MOR.

*(2)  Total of all accounts should equal page 2, line 5 - Ending Cash Balance.*

Rev. 2012-06
wp   PAGE 3

**DEBTOR:** WALTER LEROY PEACOCK           **CASE NO:** 20-00154 ELG

## CASH RECEIPTS DETAIL (SEE NOTE A)

For Period: 1/1/2021 **to** 1/31/2021

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** *9002000154*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 1/4/21 | MLearning Tech | Consultant's Income | 800.00 |
| 1/5/21 | MLearning Tech | Consultant's Income | 300.00 |
| 1/5/21 | MLearning Tech | Consultant's Income | 400.00 |
| 1/5/21 | MLearning Tech | Consultant's Income | 600.00 |
| 1/11/21 | MLearning Tech | Consultant's Income | 260.00 |

**Total automatic credits for the month which identify source of deposit** _____

**Total Cash Receipts**    $   2,360.00 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash receipts listed on page 2.*

Rev. 2012-06

wp PAGE 4

**DEBTOR:**   WALTER LEROY PEACOCK                                **CASE NO:** 20-00154 SMT

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period:01/1/2021 to 01/31/2021
**(attach additional sheets as necessary)**

### Debtor In Possession Account:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 1/5/2021 | ATM w/d | Cash | Rental Property Expenses | 300.00 |
| 1/5/2021 | ATM w/d | Cash | Rental Property Expenses | 600.00 |
| 1/19/2021 | ATM w/d | Cash | Rental Property Expenses | 83.00 |

**Total automatic debits for the month which identify who is paid**

**Total Cash Disbursements**                                                                                **$983.00**

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

Rev 2012-06

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

PAGE 5

*WP*

# INCOME AND DISBURSEMENTS RECAP

**Debtor:** **WALTER LEROY PEACOCK**   **Case Number: 20-00154 ELG**

**Date Case was filed:** **3/12/2020**

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case.

| | Year: 2020 | | | Year: 2021 | | |
|---|---|---|---|---|---|---|
| | **Income** | **Expenses** | **Net Inc/ (Loss)** | Income | Expenses | Net Inc/ (Loss) |
| Jan | | | - | 3,093 | 8,973 | (5,879) |
| Feb | | | - | | | - |
| Mar | 933.10 | 1,250.73 | (317.63) | | | - |
| Apr | 13,760.54 | 9,857.65 | 3,902.89 | | | - |
| May | 14,870.90 | 10,519.62 | 4,351.28 | | | - |
| Jun | 15,848.85 | 13,222.16 | 2,626.69 | | | - |
| Jul | 12,793.66 | 13,112.27 | (318.61) | | | - |
| Aug | 11,689.28 | 15,391.53 | (3,702.25) | | | - |
| Sep | 14,282.46 | 12,326.44 | 1,956.02 | | | - |
| Oct | 12,437.43 | 17,716.67 | (5,279.24) | | | - |
| Nov | 9,522.93 | 9,622.42 | (99.49) | | | - |
| Dec | 20,522.64 | 7,398.41 | 13,124.23 | | | - |
| TOTAL | 126,661.79 | 110,417.90 | 16,243.89 | 3,093 | 8,973 | (5,879) |

Rev. 2012-06

PAGE 6

**DEBTOR:** WALTER LEROY PEACOCK  **CASE NO:** 20-00154 SMT

## Amounts owed to me. (Page 3 Attachment)

For Period: 01/1/2021 to 01/31/2021

**Business:**

| Date | Business | Payee Description | Amount |
|---|---|---|---|
| 01/31/2021 | MLearning Tech, LLC | Consultant Income | $14,200 |
| | | | ---------- |
| | | Total owed to me as of 1/31/21 | $14,200 |

*wp*