**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **WALTER LEROY PEACOCK,** | ) | **Case No. 20-00154-ELG** |
| | ) | **Chapter 11** |
| Debtor. | ) | |
| | ) | |

## ORDER

**AND NOW,** this _____ day of _____, 2021, upon consideration of the Unopposed Motion of the Defendant United States, on behalf of the U.S. Department of the Treasury, Internal Revenue Service, a creditor, for Enlargement of Time to File a Response to Debtor's Objection to IRS Proof of Claim [#49], pursuant to FRCP 6(b), Bankruptcy Rule 9006(b), it is hereby

ORDERED, that the Motion is GRANTED, and it is

FURTHER ORDERED, that the United States may have up to and including March 23, 2021, within which to file a Response to Debtor's Objection to the IRS Proof of Claim.

SEEN AND AGREED:

| | |
|---|---|
| /s/ Brett Weiss | CHANNING D. PHILLIPS |
| THE WEISS LAW GROUP, LLC | ACTING UNITED STATES ATTORNEY |
| Brett Weiss, A404420 | D.C. BAR NO. 415793 |
| 6404 Ivy Lane, Suite 650 | |
| Greenbelt, Maryland 20770 | |
| Telephone: (301) 924-4400 | By:     /s/ Oliver W. McDaniel |
| Facsimile: (240) 627-4186 | OLIVER W. McDANIEL |
| brett@BankruptcyLawMaryland.com | D.C. Bar No. 377360 |
| | Assistant United States Attorney |
| *Counsel for Debtor Thomas Patrick Sweeney* | Civil Division |
| | 555 4th Street, NW |
| John P. Fitzgerald, III | Washington, D.C.  20530 |
| Acting United States Trustee, Region Four | (202) 252-2508 / (202) 252-2599 (Fax) |
| | oliver.mcdaniel@usdoj.gov |
| By: /s/ *Kristen S. Eustis* | |
|     Kristen S. Eustis, Bar No. MD28984 | *Counsel for the United States* |
|     Trial Attorney | |
|     Office of United States Trustee | |
|     1725 Duke Street, Suite 650 | |
|     Alexandria, VA   22314 | |
|     (703) 557-7227 (Direct Dial) | |
|     (202) 934-4173 (Office Cell) | |
|     kristen.s.eustis@usdoj.gov | |

SO ORDERED.

[SIGNED ABOVE]

[End of Document]