DSCSTHRG (02/03)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**  
Walter Leroy Peacock  
**Debtor**

Case No. 20−00154−ELG

**Chapter** 11

## ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

===========================================================

TO THE DEBTOR, ITS CREDITORS AND OTHER PARTIES OF INTEREST:

A disclosure statement and a plan under Chapter 11 have been filed by the debtor on 3/9/21.

IT IS ORDERED AND NOTICE IS GIVEN THAT:

1. The hearing to consider the approval of the disclosure statement (including any amendments or revisions thereto) shall be held on the following:

Date: 4/14/2021  
Time: 11:00 AM  
Location: Courtroom 1, U.S. Courthouse, 333 Constitution Avenue, Washington, DC  20001

2. All objections to the disclosure statement shall be filed and served pursuant to Rule 3017(a) prior to the hearing.

3. At least 28 days prior to the above hearing date, the proponent of the plan shall mail a copy of this Order and Notice to all creditors, equity holders, and other parties in interest and shall transmit the disclosure statement and plan to the debtor, trustee, each committee appointed pursuant to 11 U.S.C. Section 1102, any creditors listed as holding claims entitled to priority under 11 U.S.C. Section 507(a)(7), the Securities and Exchange Commission and any party in interest who has requested or requests in writing a copy of the disclosure statement and plan. A certificate of mailing shall be filed within fourteen (14) days from the date of this Order.

4. Requests for copies of the disclosure statement and plan shall be mailed to:

Brett Weiss  
The Weiss Law Group, LLC  
6404 Ivy Lane, Suite 650  
Greenbelt, MD 20770  
Dated: 3/10/21

For the Court:  
Angela D. Caesar  
BY:  am