**THE WEISS LAW GROUP, LLC**
Brett Weiss, A404420
6404 Ivy Lane, Suite 650
Greenbelt, Maryland 20770
Telephone:   (301) 924-4400
Facsimile:    (240) 627-4186
brett@BankruptcyLawMaryland.com

*Counsel to the Debtor and Debtor in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: <br><br> **WALTER LEROY PEACOCK,** <br><br> *Debtor.* | Case No. 20-00154 ELG <br><br> Chapter 11 |

### CERTIFICATE OF SERVICE OF ORDER AND NOTICE
### FOR HEARING ON DISCLOSURE STATEMENT,
### PROPOSED DISCLOSURE STATEMENT, AND CHAPTER 11 PLAN

𝕴 𝖍𝖊𝖗𝖊𝖇𝖞 𝖈𝖊𝖗𝖙𝖎𝖋𝖞 that on the 15th day of March 2021, I reviewed the Court's CM/ECF system and it reports that electronic copies of the Court's Order and Notice for Hearing on Disclosure Statement, the proposed Disclosure Statement, and Chapter 11 Plan were previously served electronically by the Court's CM/ECF system on the following:

Kristen S. Eustis            Kristen.S.Eustis@usdoj.gov
Kevin R. Feig                bankruptcymd@mwc-law.com
Oliver W. McDaniel           oliver.mcdaniel@usdoj.gov
U. S. Trustee for Region Four   USTPRegion04.DC.ECF@USDOJ.GOV

𝕴 𝖍𝖊𝖗𝖊𝖇𝖞 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝖈𝖊𝖗𝖙𝖎𝖋𝖞 that on the 15th day of March 2021, copies of the Court's Order and Notice for Hearing on Disclosure Statement, the proposed Disclosure Statement and Chapter 11 Plan were also mailed first class mail, postage prepaid, to:

Securities and Exchange Commission, 100 F Street, NE, Washington, DC 20549

𝕴 𝖍𝖊𝖗𝖊𝖇𝖞 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝖈𝖊𝖗𝖙𝖎𝖋𝖞 that on the 15th day of March 2021, copies of the Court's Order and Notice for Hearing on Disclosure Statement, the proposed Disclosure Statement and Chapter 11 Plan were also mailed first class mail, postage prepaid, to:

Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346
DC Office of Tax and Revenue 1101 4th Street, SW, No. 270 Washington, DC 20024
Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541
McCabe, Weisberg & Conway, LLC 312 Marshall Ave. Suite 800, Laurel, MD 20707
Atlas Acquisitions LLC 492C Cedar Lane, Ste 442 Teaneck, NJ 07666

𝕴 𝖍𝖊𝖗𝖊𝖇𝖞 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝖈𝖊𝖗𝖙𝖎𝖋𝖞 that on the 15th day of March 2021, copies of the Court's Order and Notice for Hearing on Disclosure Statement were also mailed first class mail, postage prepaid, to:

BWW Law Group, LLC 6003 Executive Blvd., Suite 101 Rockville, MD 20852-3813
Capital Bank N.A. One Church Street Rockville, MD 20850-4190
CW Nexus Credit Card Holdings l, LLC Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368
CW Nexus Credit Card Holdings Trust 2700 S. Lorraine Place Sioux Falls, SD 57106-3657
Deutsche Bank National Trust Company PHH Mortgage Attn: Bankruptcy Department P.O. Box 24605 West Palm Beach, FL 33416-4605
DSNB MACY S CITI BANK 1000 TECHNOLOGY DRIVE MS 777O FALLON MO 63368-2222
First Premier Bank PO Box 5524 Sioux Falls, SD 57117-5524
HSBC Bank USA, National Association, as Trus c/o McCabe, Weisberg & Conway, LLC 312 Marshall Avenue, Suite 800 Laurel, MD 20707-4808
LVNV Funding, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587
Merrick Bank PO Box 5721 Hicksville, NY 11802-5721
MISSION LANE LLC PO BOX 105286 ATLANTA GA 30348-5286
PRA Receivables Management, LLC PO Box 41021, Norfolk, VA 23541-1021
Synchrony Bank/Amazon PO Box 965013 Orlando, FL 32896-5013
TD BANK NORTH NA70 GRAY ROAD FALMOUTH ME 04105-2299
The Bank of Missouri PO Box 105555 Atlanta, GA 30348-5555
Total Card Inc. 5109 S. Broadband Lane Sioux Falls, SD 57108-2208
Verizon Bankruptcy Department 404 Brock Dr Bloomington, IL 61701-2654
Walter Buzzetta, Esq. Stradey Ronon Stevens & Young, LLP 2000 K Street, Suite 700 Washington, DC 20006-1866

Date: March 15, 2021                                  Respectfully Submitted,

                                                      THE WEISS LAW GROUP, LLC

                                                      By:        /s/ Brett Weiss
                                                           BRETT WEISS, #02980