**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re:   Walter Peacock | Case No. 20-00154-SMT |
| Debtor in Possession | Chapter 11 |

**OBJECTION BY SECURED CREDITOR TO PROPOSED PLAN**

Comes now the secured creditor, HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 ("Secured Creditor"), which holds a Deed of Trust secured by the Debtor's real property at 2922 Pennsylvania Avenue SE, Washington, D.C. 20020, by and through its attorney, Kevin Feig, Esq., and objects to the proposed plan and to confirmation and for reason therefore states as follows:

1. Secured Creditor filed a secured proof of claim in this bankruptcy case for $704,672.86 (Claim No. 4-2) on May 11, 2020.

2. The claim is based on a Note dated May 9, 2006 in the original principal amount of $217,500.00, with a maturity date of June 1, 2036 and a first payment due date of July 1, 2006.

3. As of the bankruptcy petition date, March 12, 2020, the account was due for the July 1, 2008 payment and the amount necessary to cure the loan default was $513,648.47. This amount consisted primarily of interest due, $301,411.30 and almost $150,000.00 in funds advanced for escrow.

4. The Note is by a Deed of Trust also dated May 9, 2006 against the property located at 2922 Pennsylvania Avenue SE, Washington, D.C. 20020 (the "Property").

Kevin Feig, Esq.
Attorney for Secured Creditor
Bar No. 460479
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcymd@mwc-law.com

17-800062

5. Debtor's proposed plan, filed on March 9, 2021 (Doc. No 57), lists Secured Creditor as a Class B-2 creditor and proposes to value the Property at $318,490.00 and pay this amount over a new thirty year period with 4.25% this over a new thirty year period beginning at the effective date of the plan.

6. In essence, the Debtor has proposed a plan that will net Secured Creditor less than one-half of the amount of its filed proof of claim, and significantly less than that after Secured Creditors substantial escrow advances to protect the Property, are taken into consideration.

7. Secured Creditor asserts the value of the Property is greater than the Value at which the Debtor seeks to value it. A BPO dated February 25, 2020 shows the value of the Property to be $427,000.00 and as high as $448,400.00. The BPO is attached hereto and incorporated herein as Exhibit 1. (Secured Creditor reserves its right to update this valuation.)

8. The treatment of Secured Creditor's claim without paying the lien in full is not equitable and therefore secured Creditor Objects to such treatment. Likewise, the proposed interest rate, the extension of the maturity date and the failure to make payment on Secured Creditor's escrow advances is not equitable and therefore secured Creditor Objects to such treatment.

Wherefore the Secured Creditor prays this court to enter an Order

1. Denying confirmation of the proposed Chapter 11 Plan, or alternatively

2. For such other and further relief as the Court deems appropriate.

Respectfully submitted:

*/s/ Kevin Feig, Esq. (kf)*
Kevin Feig, Esq.
Attorney for Secured Creditor
Bar No. 460479
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcymd@mwc-law.com

17-800062

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of March, 2021 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, Virginia  22314
Kristen.S.Eustis@usdoj.gov

Brett Weiss
The Weiss Law Group, LLC
6404 Ivy Lane, Suite 650
Greenbelt, Maryland  20770
brett@BankruptcyLawMaryland.com


I hereby further certify that on the 29th day of March, 2021, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Walter Peacock
2920 Pennsylvania Avenue SE
Washington, D.C.  20020
(Via U.S Mail)


*/s/ Kevin Feig, Esq.*
Kevin Feig, Esq.

17-800062