# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:    Walter Peacock | Case No. 20-00154-SMT |
|             Debtor in Possession | Chapter 11 |

## ORDER DENYING CONFIRMATION OF PROPOSED CHAPTER 11 PLAN

Upon Consideration of HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 ("Secured Creditor"), Objection to Proposed Chapter 11 Plan, and any response thereto, it is, by the U.S. Bankruptcy Court for the District of Columbia

**ORDERED** that Secured Creditor's Objection is sustained; and it is further

**ORDERED** that the Chapter 11 Plan proposed by the Debtor in Possession is DENIED.

cc:
Debtor
Debtor's Counsel
All Parties in Interest

**End of Order**

17-800062