**Springhouse** (powered by Collateral Analytics, an Altisource Business Unit)

## 2922 PENNSYLVANIA AVE SE    WASHINGTON  DC  20020

**Estimated Value: 427,000**
High: 448,400  Low: 405,600

Loan No: ▬▬▬    Date: 02/15/2020
Ref No: ▬▬▬    Retro Dt:

### Property Information
| | | | | |
|---|---|---|---|---|
| County: DISTRICT OF COLUMBIA | Property Type: Single Family (SFR) | Beds: 3 | Baths: 2 | SqFt: 1536 |
| Land: 5745 | Yr Built: 1922 | Carrier Route: C018 | Asd Value: 298,190 | Asd Yr: 2019 |
| Sld Price: | Sld Date: | List Price: 3,200 | List Date: 09/04/2018 | Off Mkt Date: 10/05/2018 |

### Additional Information
| | | | | |
|---|---|---|---|---|
| Parcel Number: | Census Tract: | Floor Count: 1 | Basement \| Unfinished: \| 1569 | Pool: |
| Legal Description: INC PENSN FUND DEFAULT SALE | View: | Land Value: 168,560 | Improvements: 129,630 | Market Value: |
| Owner(s): PEACOCK,WALTER L and RONES,LORIE L | Zoning: R1B | Property Tax: 2,535 | Property Tax Year: 2019 | Waterfront: N |
| Condition: Excellent | | | | |
| Last Sale 1st Loan: | | Type: | Lender: | |
| Last Sale 2nd Loan: | | Type: | Lender: | |
| Last Refi 1st Loan: | Date: | Type: | Lender: | |
| Last Refi 2nd Loan: | Date: | Type: | Lender: | |

### Comparables Criteria
| | | | |
|---|---|---|---|
| Data Source: Local Mkt / Public Record | | Search Method: Neighborhood | Max Dist: |
| Beds: - | Baths: - | Living Area(sf): 1229 - 1843 | Land Area(sf): - |
| List Price: - | Sold Price: - | Age: 68 - 128 | Months Back: 12 |
| Sales Type Filter: - | | | |

**Comments:**
Subject property is in a suburban area of WASHINGTON , DC. It is an occupied detached single family residence built in 1922 with a Gross Living Area of 1,536 sq.ft. in average condition with 3 bedrooms , 2 baths, partial basement finished on a 5,745 sq.ft. lot. The property has a 1 car attached garage. Property characteristics were reconciled using the Public Records, Prior report, online resources and recent photographs. They describe the subject similarly except Public Record describes Gross living area 1569 sq. ft., and 3 bathrooms. According to Public Records and online sources the subject has not been sold or transferred in the past 36 months and is not currently listed for sale. There are no external factors affecting the value of the subject or the comparables. The Subjects market is increasing. There is limited REO activity in the immediate market area. The Comparables selected included only similar in location and condition. These were the best available at the time of the valuation, they are felt to best represent the subject. The prior reviewed value was $377,000 dated 10/02/2019. The current reconciled value is $427,000. Comparables 1 and 3 were considered to determine the reliability. This represents a significant increase from the prior reviewed value as due to increase in market condition.

### Historical List / Sale Information
| Date | Price | Type | Data Source | Buyer | Seller |
|---|---|---|---|---|---|
| 10/05/2018 | 3,200 | Expired | Local Mkt | | |
| 09/04/2018 | 3,200 | Listed | Local Mkt | | |

### Comparables Map



### Selected Comparables
| # | Dist. | Address | Beds | Baths | Living | Land | Yr Built | Sold | Sold Dt | List | List Dt | C.Rte | REO | FC | SS | Source | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.43 | | 3 | 2 | 1,422 | 6,534 | 1925 | 430,000 | 08/22/2019 | 430,000 | 07/19/2019 | C015 | | | | L Mkt | Sold |
| 3 | 0.05 | | 3 | 2.5 | 1,710 | 3,049 | 1928 | 420,000 | 09/11/2019 | 430,000 | 07/12/2019 | C018 | | | | L Mkt | Sold |
| 4 | 0.47 | | 3 | 2 | 1,320 | 5,447 | 1940 | 355,000 | 06/27/2019 | | | C008 | | | | Public | Sold |

### Other Comparables
| # | Dist. | Address | Beds | Baths | Living | Land | Yr Built | Sold | Sold Dt | List | List Dt | C.Rte | REO | FC | SS | Source | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 0.51 | | 3 | 2 | 1,521 | 4,356 | 1912 | 565,000 | 01/31/2020 | 550,000 | 01/02/2020 | C002 | | | | L Mkt | Sold |



**2922 PENNSYLVANIA AVE SE    WASHINGTON   DC   20020**

**Estimated Value: 427,000**  Loan No:  Date: 02/15/2020
**High: 448,400  Low: 405,600**  Ref No:  Retro Dt:

### Other Comparables

| # | Dist. | Address | Beds | Baths | Living | Land | Yr Built | Sold | Sold Dt | List | List Dt | C.Rte. | REO | FC | SS | Source | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 0.44 |  | 3 | 2 | 1,337 | 4,450 | 1949 | 535,000 | 08/26/2019 |  |  | C015 |  |  |  | Public | Sold |
| 6 | 0.15 |  | 3 | 2 | 1,296 | 8,752 | 1950 | 556,000 | 07/08/2019 |  |  | C018 |  |  |  | Public | Sold |
| 7 | 0.3 |  | 3 | 2.5 | 1,394 | 2,178 | 1940 |  |  | 499,000 | 10/07/2019 | C018 |  |  |  | L Mkt | Active |
| 8 | 0.3 |  | 3 | 3 | 1,394 | 2,253 | 1940 | 499,000 | 09/24/2019 |  |  | C018 |  |  |  | Public | Sold |
| 9 | 0.41 |  | 4 | 3 | 1,710 | 2,613 | 1930 |  |  | 624,950 | 01/31/2020 | C019 |  |  |  | L Mkt | Active |
| 10 | 0.26 |  | 3 | 1 | 1,321 | 3,282 | 1941 | 425,000 | 01/13/2020 |  |  | C008 |  |  | S | Public | Sold |
| 11 | 0.18 |  | 2 | 3 | 1,372 | 4,166 | 1950 | 417,750 | 02/19/2019 |  |  | C008 |  |  |  | Public | Sold |
| 12 | 0.35 |  | 2 | 2 | 1,346 | 2,178 | 1939 | 330,000 | 03/04/2019 | 339,999 | 12/06/2018 | C012 |  |  |  | L Mkt | Sold |
| 13 | 0.28 |  | 2 | 1 | 1,494 | 1,742 | 1939 | 275,000 | 12/06/2019 | 270,000 | 05/21/2019 | C012 |  |  |  | L Mkt | Sold |
| 14 | 0.39 |  | 3 | 3.5 | 1,296 | 1,306 | 1940 | 450,000 | 11/23/2019 | 450,000 | 10/10/2019 | C015 |  |  |  | L Mkt | Sold |
| 15 | 0.4 |  | 2 | 2 | 1,296 | 1,306 | 1940 | 366,500 | 06/19/2019 | 365,000 | 05/17/2019 | C015 |  |  |  | L Mkt | Sold |



**2922 PENNSYLVANIA AVE SE    WASHINGTON   DC   20020**
**Estimated Value: 427,000**   Loan No:   Date: 02/15/2020
High: 448,400  Low: 405,600       Ref No:   Retro Dt:

Property Photos



Front

1/14/2020





**2922 PENNSYLVANIA AVE SE    WASHINGTON   DC   20020**
**Estimated Value: 427,000**                                Loan No:                                 Date: 02/15/2020
**High: 448,400  Low: 405,600**                              Ref No:                                   Retro Dt:

### Charts



**Disclaimer:** This **estimate of market value** is computer generated by the application of various mathematical formulas and techniques proprietary to Collateral Analytics, LLC to available public record, local market and proprietary data. This report has not been prepared by a licensed appraiser nor does it constitute an appraisal of the subject property and should not be relied upon as such. The data used to generate this report does not include information that could be derived from an inspection of the subject property and its surroundings. The condition of the property could greatly affect the accuracy of the estimate of value. The data and the information derived from the data in this report is provided as available and "AS IS" and is intended for internal asset valuation use only. All uses are at the user's sole risk. Collateral Analytics, LLC is not liable for the accuracy of the data or information provided in this report. The accuracy of the data and methodologies used are deemed reliable but are not warranted or guaranteed. The **charts and graphs** contained herein are computer generated by the application of various mathematical formulas and techniques proprietary to Collateral Analytics, LLC to available public record, local market and proprietary data compiled by Collateral Analytics, LLC. Such data is deemed reliable but may not be complete or accurate in all cases and is not guaranteed. Collateral Analytics, LLC is not liable for the accuracy of the information provided. The information displayed in these graphics is provided "AS IS" and is intended for internal asset valuation use only. All uses are at the user's sole risk.

Equal Housing Opportunity Statement: We are pledged to the letter and spirit of U.S. policy for the achievement of equal housing opportunity throughout the Nation. We encourage and support an affirmative advertising and marketing program in which there are no barriers to obtaining housing because of race, color, religion, sex, handicap, familial status, or national origin.