SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 3
66/E00/0175/0/72
████████ 8061
04/30/2021

# Account Statement



MLEARNING TECH LLC
████████████
WASHINGTON DC 20020-3837

Questions? Please call
1-800-786-8787

Keep your SunTrust Accounts safer.
Use unique usernames and passwords for your online bank accounts.
It's best not to recycle the same username and password on multiple websites where you
have an online profile - especially your financial accounts.
Also, try to avoid characters from your email, phone number, birthdate or other personal information.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SIMPLE BUSINESS CHECKING | ████████8061 | 04/01/2021 - 04/30/2021 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $61.10 | Average Balance | $2,949.53 |
| Deposits/Credits | $17,876.08 | Average Collected Balance | $2,949.53 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $17,487.72 | | |
| Ending Balance | $449.46 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| ████████8061 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Deposits/Credits

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 04/01 | 17,000.00 | | ELECTRONIC/ACH CREDIT ████████████ |
| 04/20 | 83.74 | | CHECK CARD CREDIT TR DATE 04/19 WAL-MART #5941 WASHINGTON DC |
| 04/20 | 9.54 | | POINT OF SALE CREDIT TR DATE 04/20 RefundWalmart.com Bentonville AR 30000383 |
| 04/20 | 9.00 | | POINT OF SALE CREDIT TR DATE 04/20 RefundWalmart.com Bentonville AR 30000383 |
| 04/20 | 58.89 | | CHECK CARD CREDIT TR DATE 04/19 WAL-MART #5941 WASHINGTON DC |
| 04/26 | 310.23 | | POINT OF SALE CREDIT TR DATE 04/24 Cash App*Cash Out San FranciscoCA 801084 |
| 04/30 | 197.00 | | POINT OF SALE CREDIT TR DATE 04/29 Cash App*Cash Out San FranciscoCA 808774 |
| 04/30 | 207.68 | | POINT OF SALE CREDIT TR DATE 04/29 Cash App*Cash Out San FranciscoCA 800635 |

Deposits/Credits: 8    Total Items Deposited: 0

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 04/01 | 1,000.00 | | ACH PREFUNDING SETTLEMENT MLEARNING TECH ACH PRFUND -SETT-A.STBPHUB |
| 04/01 | 8,000.00 | | ACH PREFUNDING SETTLEMENT MLEARNING TECH ACH PRFUND -SETT-A.STBPHUB |
| 04/02 | 2,000.00 | | CHECK CARD PURCHASE TR DATE 04/01 CASH APP*WALTER PEA 4153753176 CA |
| 04/02 | 1,000.00 | | CHECK CARD PURCHASE TR DATE 04/01 CASH APP*WALTER PEA 4153753176 CA |
| 04/05 | 83.37 | | CHECK CARD PURCHASE TR DATE 04/02 TST* OOHH S & AAHH S - 202-667-7142 DC |

SUNTRUST BANK  
PO BOX 305183  
NASHVILLE TN 37230-5183

Page 2 of 3  
66/E00/0175/0/72  
████████ 8061  
04/30/2021

# Account Statement

**SunTrust**

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 04/05 | 7.00 | | RECURRING CHECK CARD PURCHASE  TR DATE 04/02<br>STOCKGUMSHOE MEMBERSHP  NORTHAMPTON  MA |
| | 04/05 | 65.00 | | POINT OF SALE DEBIT  TR DATE 04/03<br>BENNYE L MALONE DDS  WASHINGTON  DC 07816550 |
| | 04/06 | 59.98 | | POINT OF SALE DEBIT  TR DATE 04/05<br>AMAZON.COM*YP5B84D23 SEATTLE  WA 00000101 |
| | 04/07 | 28.08 | | POINT OF SALE DEBIT  TR DATE 04/06<br>AMAZON.COM*2V10B51Z3 SEATTLE  WA 00000101 |
| | 04/07 | 20.00 | | POINT OF SALE DEBIT  TR DATE 04/04<br>GoFundMe Redwood City CA  00000007 |
| | 04/12 | 686.77 | | POINT OF SALE DEBIT  TR DATE 04/11<br>ACI PremierBank  Sioux Falls  SDI00941 |
| | 04/14 | 400.00 | | ATM CASH WITHDRAWAL  TR DATE 04/14<br>FRIENDSHIP HEIGHTS ITM CHEVY CHASE  MD230LMD113 |
| | 04/15 | 51.04 | | CHECK CARD PURCHASE  TR DATE 04/14<br>FEDEX OFFIC38800003889 WASHINGTON  DC |
| | 04/15 | 304.00 | | POINT OF SALE DEBIT  TR DATE 04/15<br>ACI PremierBank  Sioux Falls  SDI00941 |
| | 04/16 | 300.00 | | POINT OF SALE DEBIT  TR DATE 04/15<br>ACI PremierBank  Sioux Falls  SDI00941 |
| | 04/16 | 19.05 | | CHECK CARD PURCHASE  TR DATE 04/15<br>KEYMELOCKSMITHS.COM JERSEY CITY  NJ |
| | 04/16 | 10.58 | | CHECK CARD PURCHASE  TR DATE 04/15<br>KEYMELOCKSMITHS.COM JERSEY CITY  NJ |
| | 04/16 | 5.28 | | CHECK CARD PURCHASE  TR DATE 04/15<br>KEYMELOCKSMITHS.COM JERSEY CITY  NJ |
| | 04/19 | 18.44 | | POINT OF SALE DEBIT  TR DATE 04/17<br>AMAZON.COM*WX9RK7CF3 SEATTLE  WA 00000101 |
| | 04/19 | 1,000.00 | | CHECK CARD PURCHASE  TR DATE 04/17<br>CASH APP*WALTER PEA  4153753176  CA |
| | 04/19 | 1,000.00 | | CHECK CARD PURCHASE  TR DATE 04/17<br>CASH APP*WALTER PEA  4153753176  CA |
| | 04/19 | 105.00 | | CHECK CARD PURCHASE  TR DATE 04/17<br>CASH APP*  4153753176  CA |
| | 04/19 | 20.69 | | POINT OF SALE DEBIT  TR DATE 04/18<br>AMAZON.COM*L247K48E3 SEATTLE  WA 00000101 |
| | 04/19 | 10.64 | | POINT OF SALE DEBIT  TR DATE 04/18<br>AMAZON.COM*E065779P3 SEATTLE  WA 00000101 |
| | 04/20 | 30.00 | | ACCOUNT ANALYSIS FEE |
| | 04/21 | 8.99 | | POINT OF SALE DEBIT  TR DATE 04/21<br>HARRISTEE 401  WASHINGTON  DC 38038301 |
| | 04/22 | 121.90 | | CHECK CARD PURCHASE  TR DATE 04/21<br>MOBILE MINI 8004561751  AZ |
| | 04/22 | 60.65 | | POINT OF SALE DEBIT  TR DATE 04/21<br>HARRIS TE 1350  WASHINGTON  DC 38028203 |
| | 04/22 | 33.44 | | POINT OF SALE DEBIT  TR DATE 04/21<br>HARRISTEE 401  WASHINGTON  DC 38038307 |
| | 04/23 | 110.00 | | CHECK CARD PURCHASE  TR DATE 04/22<br>CASH APP*WALTER PEA  4153753176  CA |
| | 04/26 | 5.00 | | CHECK CARD PURCHASE  TR DATE 04/21<br>FC PUBLIC SAFETY GARAG  FAIRFAX  VA |
| | 04/26 | 119.74 | | CHECK CARD PURCHASE  TR DATE 04/24<br>PAYPAL *REPRESENT 4029357733  CA |
| | 04/26 | 368.00 | | POINT OF SALE DEBIT  TR DATE 04/24<br>BENNYE L MALONE DDS  WASHINGTON  DC 07816550 |
| | 04/26 | 13.08 | | CHECK CARD PURCHASE  TR DATE 04/24<br>MORNINGSAVE.COM  CARROLLTON  TX |
| | 04/26 | 25.44 | | CHECK CARD PURCHASE  TR DATE 04/24<br>MORNINGSAVE.COM  CARROLLTON  TX |
| | 04/26 | 8.95 | | POINT OF SALE DEBIT  TR DATE 04/24<br>AMAZON.COM*X39CC0N83 SEATTLE  WA 00000101 |
| | 04/26 | 91.00 | | POINT OF SALE DEBIT  TR DATE 04/24<br>Walmart.com Bentonville  AR 30000383 |

SUNTRUST BANK  
PO BOX 305183  
NASHVILLE TN 37230-5183

Page 3 of 3  
66/E00/0175/0/72  
■■■■■■■■8061  
04/30/2021

# Account Statement

**SunTrust**

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 04/27 | 92.00 | | POINT OF SALE DEBIT  TR DATE 04/24 Walmart.com Bentonville  AR 30000383 |
| | 04/30 | 27.82 | | POINT OF SALE DEBIT  TR DATE 04/29 AMAZON.COM*9K64I8293  SEATTLE      WA 00000101 |
| | 04/30 | 176.79 | | CHECK CARD PURCHASE  TR DATE 04/29 THE UPS STORE 2092  WASHINGTON   DC |

Withdrawals/Debits:   40

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/01 | 8,061.10 | 8,061.10 | 04/19 | 866.18 | 866.18 |
| 04/02 | 5,061.10 | 5,061.10 | 04/20 | 997.35 | 997.35 |
| 04/05 | 4,905.73 | 4,905.73 | 04/21 | 988.36 | 988.36 |
| 04/06 | 4,845.75 | 4,845.75 | 04/22 | 772.37 | 772.37 |
| 04/07 | 4,797.67 | 4,797.67 | 04/23 | 662.37 | 662.37 |
| 04/12 | 4,110.90 | 4,110.90 | 04/26 | 341.39 | 341.39 |
| 04/14 | 3,710.90 | 3,710.90 | 04/27 | 249.39 | 249.39 |
| 04/15 | 3,355.86 | 3,355.86 | 04/30 | 449.46 | 449.46 |
| 04/16 | 3,020.95 | 3,020.95 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

How can we make life easier for you?  
Enroll in paperless statements via Online Banking to help you cut clutter and stay organized.  
No paper to keep track of and no limitation to viewing important information.Start today.  
Sign in to Online Banking and update your Statement Delivery preferences.

601038                                           Member FDIC