**DEBTOR:**     **WALTER LEROY PEACOCK**     **CASE NUMBER:**     20-00154 ELG

### OFFICE OF THE UNITED STATES TRUSTEE

### DISTRICT OF ALEXANDRIA/DISTRICT OF COLUMBIA DIVISIONS
### MONTHLY OPERATING REPORT
### CHAPTER 11
### INDIVIDUAL DEBTORS

### Form 3
### COVER SHEET AND QUESTIONNAIRE

**For Period Ended:** 5/31/2021

***THIS REPORT MUST BE FILED WITH THE COURT 15 DAYS AFTER THE END OF THE MONTH***

Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|:---|
| [X] | [ ] | 1 Cash Flow Statement (Page 2) |
| [X] | [ ] | 2 Cash Reconciliation(s) and Narrative (Page 3) |
| [X] | [ ] | 3 Cash Receipts Detail (Page 4) |
| [X] | [ ] | 4 Cash Disbursements Detail (Page 5) |
| [X] | [ ] | 5 Receipts and Disbursements Recap Case to Date (Page 6) |
| [X] | [ ] | 6 **Bank Statements for All Bank Accounts** (remember to redact all but last four digits of bank account number) |

| QUESTIONNAIRE | Yes | No |
|:---|:---:|:---:|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | | X |
| 2. Are all insurance policies current and in effect? | X | |
| 3. Have all taxes been timely filed and paid? | | X |
| 4. Did you pay all your bills on time this month? | | X |
| 5. Are you current on U.S. Trustee quarterly fees payments? | X | |
| 6. Did you borrow money from anyone this month? | | X |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | | X |
| 8. Do you have any bank accounts open other than the DIP account? | X | |

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

| Executed on: | 7/13/21 | Signature (Debtor): | *Walter Peacock* |
|:---|:---|:---|:---|
| | | Print name: | Walter Leroy Peacock |
| | | Signature (Co-Debtor, if one): | |
| | | Print name: | |

**DEBTOR:**    **WALTER LEROY PEACOCK**    **CASE NUMBER:**    20-00154 ELG

## CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

|  |  | **Month Reporting:** |
|---|---|---|
| **CASH FLOW SUMMARY (SEE NOTE A)** |  | **May-21** |
| 1. **Beginning Cash Balance** | $ | 4,717.44 |
| 2. **Cash Receipts** |  |  |
| Business Income--Direct |  | 9,000.00 |
| Business Income--Payment of Personal Expenses |  |  |
| Misc. Income |  |  |
| Deposit of Cash on Hand |  |  |
| Other    Credits/Refunds |  | 9,566.68 |
| Total Cash Receipts | $ | 18,566.68 |
| 3. **Cash Disbursements** |  |  |
| Rent or home mortgage payment | $ |  |
| Utilities and Telephone Expenses |  | 776.58 |
| Household Expenses |  | 490.49 |
| Food / Groceries |  | 1,211.93 |
| Insurance payments |  | 1,023.75 |
| Installment payments (including auto) |  | 497.75 |
| Transportation (not including car payments) |  | 60.63 |
| Legal / Professional Fees / U.S. Trustee Fees |  |  |
| Dining/Food Eaten Outside the Home |  | 456.16 |
| Rental property expenses / repairs |  | 2,048.89 |
| Other    Educational Expenses and Bus. exp. |  | 1,307.28 |
| Other    Clothing/Laundry/Personal Care |  | 1,105.27 |
| Other    Entertainment Expenses |  | 433.04 |
| Miscellaneous |  | 19,000.00 |
| Total Cash Disbursements | $ | 28,411.77 |
| 4. **Net Cash Flow for Month (Total Cash Receipts** **less Total Cash Disbursements)** |  | -9,845.09 |
| 5. **Ending Cash Balance** | $ | -5,127.65 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Disbursements for the Month (from above) | 28,411.77 |
| Less: Transfers between bank accounts | 0 |
| Add: Any amounts paid on behalf of the debtor by others |  |
| **Disbursements for U.S. Trustee Fee Calculation** | **28,411.77** |

*(A)* *The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*    Rev. 2012-06

*(1)* *Current month beginning cash balance should equal the previous month's ending balance.*    *WP*    PAGE 2

**DEBTOR:** **WALTER LEROY PEACOCK** Case Number: 20-00154 ELG

## BANK RECONCILIATIONS

| Month ending:                          May-21 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust | United Bank | | |
| Last four digits of account | 8061 | 9659 | | |
| Purpose of Acct (Personal or Business) | Business | DIP | | |
| Type of account (Checking or Savings) | Checking | Checking | | |
| **Balance per Bank Statement** | $      449.46 | 580.43 | | |
| **ADD**: Deposits not credited (attach list) | | 0.00 | | |
| **SUBTRACT**: Outstanding check (attach list) | | | | |
| Other reconciling items (attach list) | | | | |
| **Month end Balance (Must agree with books)** | $      84.22 | -9,264.66 | 0.00 | 0.00 |
| **TOTAL OF ALL ACCOUNTS** | | | | -9,180.44 |

Note: Attach a copy of the bank statement and bank reconciliation for each account

### AMOUNTS OWED TO OTHERS at the end of the Month (post petition)

| | |
|---|---|
| - **Personally (attach list stating who, amount, when due)** | |
| - **Business (if applicable) (attach list)** | |
| **TOTAL OWED POST PETITION** | 0.00 |

### AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition)

| | |
|---|---|
| - **Personally (attach list stating who, amount, when due)** | 0.00 |
| - **Business (if applicable) (attach list):Mlearning Tech** | 20,400.00 |
| **TOTAL AMOUNT OWED TO YOU** | 20,400.00 |

## NARRATIVE

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

| |
|---|
| Miscellaneous debt of $9500. Check presented to bank twice. Check did not clear due to insufficient funds. |
| Amount is included once in receipts and twice in expenses.  Issue is being resolved. |
| |
| |

**DEBTOR:**     WALTER LEROY PEACOCK          **CASE NO:**     20-00154 ELG

## CASH RECEIPTS DETAIL (SEE NOTE A)

For Period:     5/1/2021    **to**    5/31/2021

*(attach additional sheets as necessary)*

### Debtor In Possession Account:          *9002000154*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |

**Total automatic credits for the month which identify source of deposit** _____

**Total Cash Receipts**     $ _____ 0.00 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1)  Total for all accounts should agree with total cash receipts listed on page 2.*

Rev. 2012-06

PAGE 4

*WT*

**DEBTOR:**     WALTER LEROY PEACOCK                    **CASE NO:** 20-00154 SMT

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period:05/1/2021 to 05/31/2021

**(attach additional sheets as necessary)**

### Debtor In Possession Account:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|-----------------------|--------|
| 5/20/2021 | ATM | Cash | Rental Property Expenses | 703.50 |
| 5/20/2021 | ATM | Cash | Rental Property Expenses | 303.50 |
| 5/24/2021 | ATM | Cash | Rental Property Expenses | 540.00 |
| 5/24/2021 | ATM | Cash | Rental Property Expenses | 300.00 |

**Total automatic debits for the month which identify who is paid**

**Total Cash Disbursements**                    **$1,847.00**

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

Rev 2012-06

*(1)  Total for all accounts should agree with total cash disbursements listed on page 2.*

PAGE 5

*WP*

## INCOME AND DISBURSEMENTS RECAP

**Debtor:**   **WALTER LEROY PEACOCK**   **Case Number: 20-00154 ELG**

**Date Case was filed:**   **3/12/2020**

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date.
It serves as a running total of overall income, expenses and net income (or loss) for the case.

| | Year: 2020 | | | | Year: 2021 | | |
|---|---|---|---|---|---|---|---|
| | Income | Expenses | Net Inc/ (Loss) | | Income | Expenses | Net Inc/ (Loss) |
| Jan | | | - | | 3,093 | 8,973 | (5,879) |
| Feb | | | - | | 8,066 | 11,143 | (3,076) |
| Mar | 933.10 | 1,250.73 | (317.63) | | 11,961 | 14,560 | (2,599) |
| Apr | 13,760.54 | 9,857.65 | 3,902.89 | | 9,127 | 9,098 | 28 |
| May | 14,870.90 | 10,519.62 | 4,351.28 | | 18,567 | 28,412 | (9,845) |
| Jun | 15,848.85 | 13,222.16 | 2,626.69 | | | | - |
| Jul | 12,793.66 | 13,112.27 | (318.61) | | | | - |
| Aug | 11,689.28 | 15,391.53 | (3,702.25) | | | | - |
| Sep | 14,282.46 | 12,326.44 | 1,956.02 | | | | - |
| Oct | 12,437.43 | 17,716.67 | (5,279.24) | | | | - |
| Nov | 9,522.93 | 9,622.42 | (99.49) | | | | - |
| Dec | 20,522.64 | 7,398.41 | 13,124.23 | | | | - |
| TOTAL | 126,661.79 | 110,417.90 | 16,243.89 | | 50,814 | 72,185 | (21,372) |

Rev. 2012-06

WP