Brett Weiss (#02980)
The Weiss Law Group, LLC
8843 Greenbelt Road, Suite 299
Greenbelt, Maryland 20770
301-924-4400 Phone
240-627-4186 Fax
lawyer@brettweiss.com

*Attorney for Debtor in Possession.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| In re:<br><br>**WALTER L. PEACOCK**<br><br>    *Debtor.* | Case No. 20-000154 ELG<br><br>Chapter 11 |
|---|---|

### MOTION FOR AUTHORITY TO INCUR SECURED DEBT
### FOR THE PURPOSE OF MODIFYING THE TERMS OF AN EXISTING SECURED LOAN FOR REAL PROPERTY AND
### NOTICE OF OPPORTUNITY TO OBJECT

**NOW COMES** Walter Leroy Peacock, Debtor, by and through above stated counsel, and hereby submits this Motion for Authority to Incur Secured Debt for the Purpose of Modifying the Terms of an Existing Secured Loan for Real Property and Notice of Opportunity to Object. In support of this Motion, the Debtor respectfully states as follows:

### *Jurisdiction and Venue*

1.    This Court has jurisdiction over this Chapter 13 Case and this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Pursuant to 28 U.S.C. § 157(b)(2), this is a core proceeding. Venue is proper in this District pursuant to 28 U.S.C. § 1409 because the underlying bankruptcy case is pending in this court. To the extent this Court may lack the au-

thority to enter a final judgment in this matter pursuant to the holdings in *Stern v. Marshall*, 564 U.S. 462, 131 S.Ct. 2594 (2011) and *Wellness International Network, Ltd. v. Sharif,* 575 U.S. 665, 135 S. Ct. 1932 (2015), and pursuant to Rule 7008(a), Debtor consents to this Court's entry of a final judgment.

2. The statutory and legal predicate for the relief requested herein is 11 U.S.C. § 364.

### *Parties*

3. Walter L. Peacock ("Mr. Peacock") is the Debtor herein.

4. PHH Mortgage Corporation is the holder of the mortgage/deed of trust on the Debtor's property ("PHH").

### *Background*

5. On the Petition Date, March 12, 2020, Mr. Peacock commenced a voluntary case under Chapter 11 of the Bankruptcy Code. Confirmation of the Debtor's Chapter 11 Plan is currently scheduled for February 9, 2020 at 11:00 a.m.

6. At the time of filing, Mr. Peacock had a mortgage/deed of trust (the "Mortgage") serviced by PHH and secured by a lien on his residence at 2920 Pennsylvania Ave SE, Washington DC 20020 (the "Property").

7. Mr. Peacock wishes to modify the terms of the Mortgage, with the consent of PHH, as reflected in the Loan Modification (the "Modification") attached hereto as Exhibit #1.

### *Discussion*

1. The amount of the proposed modified secured claim is $408,298.68, although $115,547.63 shall be forgiven upon successful completion of the loan modification. Because of the lower amount of the monthly payment, *see supra,* a portion of the principal, approximately $225,005.85, will be due upon the loan's maturity date, February 1, 2036, as a balloon payment.

2. The new monthly payment is $2,526.82. This amount includes real estate taxes and hazard insurance to be escrowed by the holder of the modified secured claim.

The monthly escrow amount is currently $1,499.80. The current monthly secured claim payment (which includes escrows) is approximately $5,318.44.

3. The modified loan will have a fixed interest rate of 2.875%.

4. The loan modification will not alter or affect the status or priority of any other existing lien(s) on the real property.

5. Mr. Peacock hereby advises the holder of the modified secured claim that it must either file an amended proof of claim or withdraw the filed proof of claim within thirty (30) days of the closing of the loan modification transaction.

### *Conclusion*

**WHEREFORE,** Mr. Peacock submits that this loan modification is in the best interest of Mr. Peacock and the creditors, and prays that the Court grant the Motion.

Date: February 5, 2022                              Respectfully Submitted,

THE WEISS LAW GROUP, LLC


By: _____/s/ Brett Weiss_____
BRETT WEISS

### NOTICE OF OPPORTUNITY TO REQUEST A HEARING
### TO CREDITORS AND PARTIES IN INTEREST

You are notified of the filing of the foregoing Motion by the Debtor requesting Court authority to incur secured debt for the purpose of modifying the terms of an existing secured loan for real property. Any interested party objecting to the loan modification must file an objection with the United States Bankruptcy Court for the District of Columbia within twenty-one (21) days after the date of this motion. You are further notified that unless an objection is filed, the Court may grant the motion without a hearing.

### CERTIFICATE OF SERVICE

𝕴 𝖍𝖊𝖗𝖊𝖇𝖞 𝖈𝖊𝖗𝖙𝖎𝖋𝖞 that on the 5th day of February, 2022, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the above pleading will be served electronically by the Court's CM/ECF system on the following:

| | |
|---|---|
| Kristen S. Eustis | Kristen.S.Eustis@usdoj.gov |
| Kevin Robert Feig | bankruptcymd@mwc-law.com |
| Oliver W. McDaniel | oliver.mcdaniel@usdoj.gov, |

U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV

𝕴 𝖍𝖊𝖗𝖊𝖇𝖞 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝖈𝖊𝖗𝖙𝖎𝖋𝖞 that on the 5th day of February, 2022, a copy of the above pleading was also mailed first class mail, postage prepaid, to:

ATLAS ACQUISITIONS LLC, 492 C Cedar Lane Suite 442, Teaneck, NJ 07666
BWW Law Group, LLC 6003 Executive Blvd., Suite 101 Rockville, MD 20852-3813
Capital Bank N.A. One Church Street Rockville, MD 20850-4190
CW Nexus Credit Card Holdings l, LLC Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368
DC Water & Sewer Authority PO Box 97200 Washington, DC 20090-7200
District of Columbia Office of Tax and Revenue 1101 4th Street, SW Washington, DC 20024-4457
DSNB MACY S CITI BANK 1000 TECHNOLOGY DRIVE MS 777O FALLON MO 63368-2222
First Premier Bank PO Box 5524 Sioux Falls, SD 57117-5524
LVNV Funding, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587
Merrick Bank PO Box 5721 Hicksville, NY 11802-5721
MISSION LANE LLC PO BOX 105286 ATLANTA GA 30348-5286
PRA Receivables Management, LLC PO Box 41021, Norfolk, VA 23541-1021
Synchrony Bank/Amazon PO Box 965013 Orlando, FL 32896-5013
TD BANK NORTH NA 70 GRAY ROAD FALMOUTH ME 04105-2299
The Bank of Missouri PO Box 105555 Atlanta, GA 30348-5555
Verizon Bankruptcy Department 404 Brock Dr Bloomington, IL 61701-2654
Walter Buzzetta, Esq. Stradey Ronon Stevens & Young, LLP 2000 K Street, Suite 700 Washington, DC 20006-1866

                                                                                 /s/ Brett Weiss
                                                                                 BRETT WEISS