Brett Weiss, #A404420
The Weiss Law Group, LLC
8843 Greenbelt Road, Suite 299
Greenbelt, Maryland 20770
301-924-4400 Phone
240-627-4186 Fax
lawyer@brettweiss.com

*Attorney for Debtor in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| In re:<br><br>**WALTER LEROY PEACOCK,**<br><br>    *Debtor.* | Case No. 20-00154 ELG<br><br>Chapter 11 |
|---|---|

**NOTICE OF MOTION FOR AUTHORITY TO INCUR SECURED DEBT FOR THE PURPOSE OF MODIFYING THE TERMS OF AN EXISTING SECURED LOAN FOR REAL PROPERTY AND OPPORTUNITY TO OBJECT**

A Motion for Authority to Incur Secured Debt for the Purpose of Modifying the Terms of an Existing Secured Loan for Real Property was filed by the Debtor, which may affect your rights. You should read these papers carefully and discuss them with your lawyer. (If you do not have a lawyer, you may want to consult one.) A copy of the Motion is attached. In summary, it provides that the Debtor will modify the loan securing the Debtor's investment property pursuant to the terms stated in the Motion and in the attached agreement.

You may file an objection to the Motion. This objection must contain a complete specification of the factual and legal grounds upon which the objection is based. All objections must be made in writing, with a copy to Brett Weiss, Esq., The Weiss Law Group, LLC, 8843 Greenbelt Road, Suite 299, Greenbelt, Maryland 20770, and filed with the United States Bankruptcy Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, DC 20001, within twenty-one (21) days from the date of this Notice, unless otherwise ordered by the Court. If no objections are filed within the above notice period, the Court may, in its discretion, enter the proposed Order without notice. In addition, the Court may, in its discretion, conduct a hearing on the Application or grant the Application without a hearing, regardless of whether any objections are filed.

Any person requesting further information concerning the Application or this Notice should contact the undersigned.

Dated: February 5, 2022                                            THE WEISS LAW GROUP, LLC

By:      /s/ Brett Weiss
BRETT WEISS

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2022, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the above pleading will be served electronically by the Court's CM/ECF system on the following:

| | |
|---|---|
| Kristen S. Eustis | Kristen.S.Eustis@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Kevin Feig | KFeig@mwc-law.com |
| Oliver McDaniel | Oliver.McDaniel@usdoj.gov |

I hereby further certify that on the 5th day of February, 2022, a copy of the above pleading was also mailed first class mail, postage prepaid, to:

ATLAS ACQUISITIONS LLC, 492 C Cedar Lane Suite 442, Teaneck, NJ 07666
BWW Law Group, LLC 6003 Executive Blvd., Suite 101 Rockville, MD 20852-3813
Capital Bank N.A. One Church Street Rockville, MD 20850-4190
CW Nexus Credit Card Holdings l, LLC Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368
DC Water & Sewer Authority PO Box 97200 Washington, DC 20090-7200
District of Columbia Office of Tax and Revenue 1101 4th Street, SW Washington, DC 20024-4457
DSNB MACY S CITI BANK 1000 TECHNOLOGY DRIVE MS 777O FALLON MO 63368-2222
First Premier Bank PO Box 5524 Sioux Falls, SD 57117-5524
LVNV Funding, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587
Merrick Bank PO Box 5721 Hicksville, NY 11802-5721
MISSION LANE LLC PO BOX 105286 ATLANTA GA 30348-5286
PRA Receivables Management, LLC PO Box 41021, Norfolk, VA 23541-1021
Synchrony Bank/Amazon PO Box 965013 Orlando, FL 32896-5013
TD BANK NORTH NA70 GRAY ROAD FALMOUTH ME 04105-2299
The Bank of Missouri PO Box 105555 Atlanta, GA 30348-5555
Verizon Bankruptcy Department 404 Brock Dr Bloomington, IL 61701-2654
Walter Buzzetta, Esq. Stradey Ronon Stevens & Young, LLP 2000 K Street, Suite 700 Washington, DC 20006-1866

      /s/ Brett Weiss
BRETT WEISS