**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | |
| **Walter Leroy Peacock** | Case No. 20-00154-ELG |
| Debtor(s). | Chapter 11 |

**NOTICE OF APPEARANCE**

    WILL THE CLERK OF COURT please note pursuant to Bankruptcy Rule 9010, the appearance of Michael T. Freeman, Asst. United States Trustee, on behalf of John P. Fitzgerald, III, the Acting United States Trustee, Region Four.

Date: March 6, 2023

JOHN P. FITZGERALD, III
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman*
Michael T. Freeman
Virginia State Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov