**IN THE UNITED STATES BANKRUPTCY COURT FOR
DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re<br><br>WALTER LEROY PEACOCK<br><br><br><br>Debtors. | In Chapter 11 Proceeding<br>Case No. 20-00154 |

### REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on March 13, 2020, DOCKET NUMBER 9.

Dated: This 24th day of July, 2023

By:  /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## **Certificate of Service**

I hereby certify that a copy of the foregoing was served electronically to the following parties:

**BRETT WEISS**
Attorney

**KRISTEN S. EUSTIS**
Chapter 11 Trustee

Dated: This 24th day of July, 2023

By:  /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257