# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>WALTER LEROY PEACOCK<br>    Debtor<br>_____<br>HSBC BANK USA, NATIONAL ASSOCIATION, AS<br>TRUSTEE FOR NOMURA HOME EQUITY LOAN, INC.,<br>ASSET-BACKED CERTIFICATES, SERIES 2006-FM2<br>    Movant<br>v.<br>WALTER LEROY PEACOCK<br>    Debtor/Respondent | Case No. 20-00154-ELG<br><br>Chapter 11 |

## ORDER GRANTING RELIEF FROM STAY

Upon default of the Walter Leroy Peacock (the "Debtor") incident to the Court's Order of February 16, 2022 (the "Order Confirming Chapter 11 Plan") at Docket Entry# 104, and in accordance with the Notice of Material Default of Confirmed Chapter 11 Plan filed June 12, 2023, with HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 c/o PHH Mortgage Services (the "Movant"), by and through counsel for the Movant, having filed a Certificate of Default on July 5, 2023, and the Court finding grounds to terminate the stay, it is,

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362 was terminated upon the failure of the Debtor to cure the default listed in the Notice of Material Default of Confirmed Chapter 11 Plan. The Movant is permitted to enforce the lien of its Deed of Trust as it pertains to the real property located at 2922 Pennsylvania Avenue SE, Washington, DC 20020 (the "Property") including beginning foreclosure proceedings and such relief shall extend to the successful purchaser at a sale to allow said

purchaser to take such action under state law, as may be necessary, to obtain possession of the Property.

**IT IS FURTHER ORDERED** that the Automatic Stay of 11 U.S.C. § 362 shall not be reimposed by conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

I ASK FOR THIS

*/s/ Leah Freedman*
Leah Freedman, Esq., MD21221
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
P: 301-961-6555, F: 301-961-6545
bankruptcy@bww-law.com
*Attorney for the Movant, HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 c/o PHH Mortgage Services*

cc:

BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

Office of the United States Trustee, Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314

Brett Weiss
8843 Greenbelt Road, Suite 299
Greenbelt, MD 20770

Walter Leroy Peacock
920 Pennsylvania Avenue, SE
Washington, DC 20020

**END OF ORDER**

BWW# DC-188824