The order below is hereby signed.

Signed: July 28 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>WALTER LEROY PEACOCK<br>　　Debtor<br>_____ | Case No. 20-00154-ELG<br><br>Chapter 11 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-FM2<br>　　Movant<br>v.<br>WALTER LEROY PEACOCK<br>　　Debtor/Respondent | |

## ORDER GRANTING RELIEF FROM STAY

Upon default of the Walter Leroy Peacock (the "Debtor") incident to the Court's Order of February 16, 2022 (the "Order Confirming Chapter 11 Plan") at Docket Entry# 104, and in accordance with the Notice of Material Default of Confirmed Chapter 11 Plan filed June 12, 2023, with HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 c/o PHH Mortgage Services (the "Movant"), by and through counsel for the Movant, having filed a Certificate of Default on July 5, 2023, and the Court finding grounds to terminate the stay, it is,

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362 was terminated upon the failure of the Debtor to cure the default listed in the Notice of Material Default of Confirmed Chapter 11 Plan. The Movant is permitted to enforce the lien of its Deed of Trust as it pertains to the real property located at 2922 Pennsylvania Avenue SE, Washington, DC 20020 (the "Property") including beginning foreclosure proceedings and such relief shall extend to the successful purchaser at a sale to allow said

BWW# DC-188824

purchaser to take such action under state law, as may be necessary, to obtain possession of the Property.

**IT IS FURTHER ORDERED** that the Automatic Stay of 11 U.S.C. § 362 shall not be reimposed by conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

I ASK FOR THIS

*/s/ Leah Freedman*
Leah Freedman, Esq., MD21221
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
P: 301-961-6555, F: 301-961-6545
bankruptcy@bww-law.com
*Attorney for the Movant, HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 c/o PHH Mortgage Services*

cc:

BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

Office of the United States Trustee, Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314

Brett Weiss
8843 Greenbelt Road, Suite 299
Greenbelt, MD 20770

Walter Leroy Peacock
920 Pennsylvania Avenue, SE
Washington, DC 20020

**END OF ORDER**

BWW# DC-188824

United States Bankruptcy Court

District of Columbia

In re:  Case No. 20-00154-ELG

Walter Leroy Peacock  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2

Date Rcvd: Jul 28, 2023      Form ID: pdf001      Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Walter Leroy Peacock, 2920 Pennsylvania Avenue, SE, Washington, DC 20020-3837 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 742908 | ^ MEBN | Jul 28 2023 21:07:28 | BWW Law Group, LLC, 6003 Executive Blvd., Suite 101, Rockville, MD 20852-3813 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett Weiss | on behalf of Debtor In Possession Walter Leroy Peacock brett@BankruptcyLawMaryland.com chetan@brettweiss.com;TheWeissLawGroup@jubileebk.net |
| Kevin Robert Feig | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 bankruptcymd@mwc-law.com, bankruptcyva@mwc-law.com |
| Kevin Robert Feig | |

Case 20-00154-ELG    Doc 122    Filed 07/30/23    Entered 07/31/23 00:05:49    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 28, 2023 | Form ID: pdf001 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Fremont Home Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2 bankruptcymd@mwc-law.com, bankruptcyva@mwc-law.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov |
| Leah C. Freedman | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 bankruptcy@bww-law.com, bankruptcy@bww-law.com |
| Leah C. Freedman | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 c/o PHH Mortgage Corporation bankruptcy@bww-law.com, bankruptcy@bww-law.com |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov |
| Oliver W. McDaniel | on behalf of Creditor United States of America  Internal Revenue Service oliver.mcdaniel@usdoj.gov, melissa.goforth.koenig@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 9